1  Dennis G. Martin (SB#54060)
   Willmore F. Holbrow, III (SB#169688)
2  BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
   12400 Wilshire Blvd., Seventh Floor
3  Los Angeles, CA  90025

4
   Robert L. Powley
5  James M. Gibson
   Diane B. Melnick
6  POWLEY & GIBSON, P.C.
   304 Hudson St., Second Floor
7  New York, NY  10013

8
   Attorneys for Plaintiffs
9

10                   UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12                         WESTERN DIVISION

13
   ENERGY INTELLIGENCE GROUP, INC.)   Case No.
14 and ENERGY INTELLIGENCE GROUP )    CV11-10556PA (SSx)
   (UK) LIMITED                    )
15                                 )
16           Plaintiff,            )   **COMPLAINT FOR COPYRIGHT**
                                   )   **INFRINGEMENT; JURY TRIAL**
17           vs.                   )   **DEMANDED**
                                   )
18 PLAINS ALL AMERICAN PIPELINE,   )
19 L.P.                            )
                                   )
20           Defendant.            )
21                                 )

22

23        Plaintiffs Energy Intelligence Group, Inc. ("EIG") and Energy Intelligence Group (UK)

24 Limited ("EIG UK" and, collectively, "Plaintiffs"), by and through their undersigned counsel,

25 allege the following for their Complaint against Plains All American Pipeline, L.P.

26 ("Defendant"), based on personal knowledge and on information and belief as appropriate:

27

28

## JURISDICTION AND VENUE

1. Plaintiffs bring this action against Defendant under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* (the "Copyright Act") for, among other things, willful infringement of Plaintiffs' registered copyrights.

2. This Court has jurisdiction pursuant to Sections 501, *et seq.* of the Copyright Act and 28 U.S.C. §§ 1331 and 1338(a) over causes of action alleging copyright infringement.

3. This Court has personal jurisdiction over Defendant, because Defendant resides in and is doing business in the State of California and in this District.

4. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a). Furthermore, upon information and belief, many of the acts of infringement alleged in this Complaint occurred within this District.

## THE PARTIES

5. Plaintiff EIG is a Delaware corporation with a principal place of business located at 5 East 37th Street, New York, New York 10016-2807.

6. Plaintiff EIG UK is a United Kingdom limited company with a principal place of business located at Interpark House, 3rd Floor 7 Down Street, London, W1J 7AJ United Kingdom.

7. Upon information and belief, Defendant is a Master Limited Partnership organized and existing under the laws of the state of Texas, whose sole general partner is PAA GP LLC, a limited liability company organized and existing under the laws of the state of Delaware, whose sole member is Plains AAP, LP, a limited partnership organized and existing under the laws of Delaware, whose general partner is Plains All American GP, LLC, a limited liability company organized under the laws of Delaware.

8. Upon information and belief, Defendant has a place of business located at 5900 Cherry Ave., Long Beach, CA 90805.

## FACTS

### A.   Plaintiffs' Publications

9.      Plaintiffs and their predecessors in interest have been engaged in publishing newsletters and other publications for the highly-specialized global energy industry for over six decades.  In particular, Plaintiffs have published the daily newsletter *Oil Daily* ("OD") since 1951.

10.      The audience for Plaintiffs' publications, including OD, consists predominantly of individuals with an interest in the oil and gas industries, including professionals in the oil and gas industries, bankers, investors, stock market analysts, traders, commodity analysts and others who follow these industries.  A Copy of the October 14, 2011 issue of *Oil Daily* (the "October 14, 2011 OD Copyrighted Work") is attached hereto as Exhibit A.

11.      Plaintiffs' focus is on providing original, high-quality articles and analysis relating to the oil and gas industries.  Plaintiffs have invested significant time and resources to develop their publications and services, including OD.

12.      Plaintiffs maintain an editorial staff of approximately fifty (50) reporters, editors, and analysts at seven (7) editorial bureaus located in New York, Washington, D.C., Houston, London, Moscow, Dubai and Singapore.

13.      The original content and information gathered by Plaintiffs and included in OD and their other original publications are valuable assets.  Plaintiffs also publish other original publications in addition to OD, which include the following:

> *Energy Intelligence Briefing*;
>
> *Petroleum Intelligence Weekly*;
>
> *Energy Compass*;
>
> *Nuclear Intelligence Weekly*;
>
> *Nefte Compass*;
>
> *Oil Market Intelligence*;
>
> *Jet Fuel Intelligence*;

1
*Natural Gas Week*;

2
*International Oil Daily*;

3
*EI Finance*;

4
*LNG Intelligence*;

5
*World Gas Intelligence*;

6
*NGW's Gas Market Reconnaissance*.

7
*Oil Market Intelligence Numerical Data Source*;

8
*Natural Gas Week Numerical Data Source*;

9
*Nefte Compass Numerical Data Source*;

10
*World Gas Intelligence Numerical Data Source*;

11
*Petroleum Intelligence Weekly Numerical Data Source*;

12
*Data Guide to Russian and Caspian Oil & Gas* (multiple years);

13
*Asia-Pacific Refined Products*;

14
*Biofuels: Fuels of the Future?*

15
*International Crude Oil Market Handbook* (multiple years);

16
*The Energy Intelligence Top 100: Ranking the World's Oil Companies* (multiple years);

17
*World Gas Handbook* (multiple years);

18
*High Oil Prices: Causes and Consequences*;

19
*World LNG Outlook 2010 - 2011*;

20
*Libya Oil & Gas: Competition Heats Up*;

21
*Oil Supply Dilemma: Needs of Major Oil Exporters*;

22
*The Quest for Dominance: NOC-IOC Rivalries, Alliances and the Shape of the New*

23
*Global Oil Industry*;

24
*Understanding the Oil and Gas Industries*;

25
*World Crude Oil Outlook 2010 – 2020*;

26
*Iraq Oil and Gas: A Bonanza Still in Waiting*;

27
*Iraq Oil Forum*; and

28

*Obama Energy Vision*

14.     Plaintiffs have developed an invaluable reputation for their extremely high standards and the reliability of the content of all of their publications, including OD.

15.     In order for interested parties to benefit from Plaintiffs' extensive research efforts, and the analytical and creative content contained in OD and their other publications, Plaintiffs require interested parties to purchase various subscriptions to access the valuable information contained therein.

16.     Interested parties have various subscription options depending on their respective needs. Authorized users may obtain OD and Plaintiffs' other publications by email and/or from Plaintiffs' website, which permits password-protected access to current and/or archived issues.

17.     Interested parties may also purchase individual articles appearing in OD and Plaintiffs' other publications, as well as archived issues, from Plaintiffs. The license fee for this Pay-Per-Article service is based on the number of users for the requested article. The license fee per article per copy for Plaintiffs' publications that are published daily, such as OD, is $9.00.

**B.     Plaintiffs' Copyrights and Notices**

18.     Among other copyright registrations, Plaintiffs are the owners of U.S. Copyright Registration No. TX6 -780 - 005, for Volume 61 of OD covering twenty-one (21) issues dated October 1, 2011 through October 31, 2011. A copy of the Copyright Registration is attached hereto as Exhibit B.

19.     Plaintiffs provide copyright notice on their website, emails, articles and publications so that third parties are aware of Plaintiffs' rights in their publications and works of original authorship (the "Copyright Notice"). The Copyright Notice on the front cover of the October 14, 2011 OD Copyrighted Work specifically states "Copyright © 2011 EIG. Unauthorized access or electronic forwarding, even for internal use, is prohibited." *See* Exhibit A, p. 1.

20.     Additionally, Plaintiffs provide an additional reminder to authorized users that appears within all of Plaintiffs' publications, including the October 14, 2011 OD Copyrighted

1  Work, that states "[a]ccess, distribution, and reproduction are subject to the terms and conditions
2  of the subscription agreement and/or license with EIG." *See* Exhibit A, p. 6.

3      21.    Issues of OD, including the October 14, 2011 OD Copyrighted Work, also state
4  that "[a]ccess, distribution, reproduction or electronic forwarding not specifically defined and
5  authorized in a valid subscription agreement or license with EIG is willful copyright
6  infringement." *See* Exhibit A, p. 6.

7      22.    Plaintiffs' subscription agreements with Defendant and/or its predecessors-in-
8  interest during the time periods of 2007 through 2011 for OD (copies of which are attached
9  hereto as Exhibit C) state: "No text, image, content and/or material from any part of any EIG
10 publication, product, service, report, e-mail or web site may be downloaded, transmitted,
11 broadcast, transferred, assigned, reproduced, made available or in any other way used or
12 otherwise disseminated in any form now known or hereinafter devised to any person or entity
13 other than the total number of Authorized User(s) without the express written consent of EIG.
14 Each unauthorized access, reproduction or use of or to any text, image, content or material from
15 any EIG publication ("Unauthorized Reproduction") shall be deemed a willful infringement(s) of
16 EIG's copyrights and other proprietary and intellectual property rights."

17     **C.    Subscription History**

18     23.    Upon information and belief, Defendant, its affiliates, and/or its predecessors-in-
19 interest have subscribed to OD since at least as early as December 1999.  Defendant's current
20 subscription to OD expires on January 9, 2012.

21     24.    Upon information and belief, Defendant's predecessor-in-interest, Pacific
22 Energy[sic] entered into a single-user subscription to OD on January 2, 2007 ("Subscription
23 #1"), which has been renewed annually and currently expired on January 12, 2012   On May 11,
24 2007, the subscriber was changed to Plains All American Pipeline, L.P.

25     25.    Upon information and belief, Pacific Energy Partners, L.P., a limited partnership
26 organized under the laws of Delaware with a place of business in California, was acquired by
27 Defendant in November 2006.  Upon information and belief, Pacific Energy Partners, L.P. was

28

thereafter merged into Defendant. Upon information and belief, Defendant's employees, operations and activities are managed by Plains All American GP, LLC, a Delaware limited liability company and a subsidiary of Defendant.

26.     From at least as early as January 2, 2007 through February 28, 2007, Karen Marvin was the authorized user of OD under the terms of Subscription #1. On February 28, 2007, the authorized user of OD under Subscription #1 was changed to Cindy Sherman (csherman@pacificenergy.com). On May 11, 2007, the authorized user, Cindy Sherman, changed her e-mail address to cesherman@paalp.com. On October 8, 2008, the authorized user of OD under Subscription #1 was changed to Sonya Jones (srjones@paalp.com). On September 21, 2009, the authorized user of OD, including the October 14, 2011 OD Copyrighted Work, under Subscription #1 was changed to Araceli Gudino (algudino@paalp.com)..

27.     Defendant's subscription to OD under Subscription #1 was a single authorized user subscription agreement, and Defendant's access to and use of the October 14, 2011 OD Copyrighted Work under Subscription #1 by Araceli Gudino was controlled by that single user authorized agreement.

28.     Under Subscription #1, Defendant received and currently receives one issue of OD, including the October 14, 2011 OD Copyrighted Work, per day as a PDF file attached to an email directed to the authorized user.

29.     Celeron Gathering Corp. of Bakersfield, California entered into a single-user subscription ("Subscription #2") to OD on January 22, 1996.   Upon information and belief, in 1998, Celeron Gathering Corp. was sold to Plains Resources, Inc., an affiliate of Defendant and its subsidiary, Plains Marketing, L.P.

30.     From at least as early as January 22, 1996, Joe Pfeifle was the authorized user of OD under Subscription #2 (which was then provided by fax transmission).  Subscription #2 was renewed annually from 1996 through 1999.  On December 7, 1999, the subscriber was changed to Plains Marketing, L.P., the subscription was changed to e-mail delivery, and the authorized user of OD under Subscription #2 was changed to Bryan Joyce (bwjoyce@paalp.com)  On

7

1  December 5, 2008, the subscriber was changed to Defendant. On January 10, 2009, Subscription

2  #2 was cancelled for non-payment, and on January 12, 2009, the last issue was sent to the

3  authorized user.

4      31.    At all times, Subscription #1 and/or Subscription #2 were each single-user

5  subscription agreements.

6      32.    Under Subscription #1 and/or Subscription #2, from on or about December 7,

7  1999 through the present time, issues of OD were sent to the respective authorized user as PDF

8  files attached to emails.

9      33.    No subscription agreement or any other agreement authorizes Defendant, Plains

10  Marketing, L.P., Plains Resources, Inc., their predecessors-in-interest, subsidiaries and/or

11  affiliates to copy, transmit or distribute issues of OD, including the October 14, 2011 OD

12  Copyrighted Work, to individuals or entities who are not authorized users in violation of

13  Plaintiffs' registered copyrights.

14      **D.**    **Defendant's Improper Use of Plaintiffs' Copyrighted Works**

15      34.    On or about October 14, 2011, Plaintiffs received an e-mail message from Ms.

16  Araceli Gudino, who, upon information and belief, is currently an Administrative Assistant in

17  Defendant's employ.

18      35.    Ms. Guidino's e-mail message revealed that she has been forwarding issues of

19  OD to numerous employees of Defendant.

20      36.    On October 19, 2011 Plaintiffs advised Defendant through an e-mail to Ms.

21  Gudino, the authorized user of OD under Subscription #1, that the current subscription to OD is

22  for one authorized user and any forwarding of OD is not permitted.

23      37.    Since Plaintiffs' October 19, 2011 communication to Defendant, no additional

24  authorized users for OD have been added to Defendant's account.

25      38.    Ms. Gudino's communication with Plaintiffs on October 14, 2011 was the first

26  time that Plaintiffs learned that Defendant was engaged in the unauthorized copying,

27

28

reproducing, exhibiting, transmission of, displaying and/or distribution of the October 14, 2011 Copyrighted Work.

39.     At no time did Plaintiffs grant Defendant permission to copy, distribute or forward the October 14, 2011 Copyrighted Work or any other issues of OD to persons who were not authorized under a subscription agreement with Plaintiffs to receive OD.

40.     Upon information and belief, one or more times during the month of October 2011, and on a consistent basis prior to and thereafter, Ms Gudino forwarded PDF copies of issues of OD to numerous other employees of Defendant, including copies of the October 14, 2011 OD Copyrighted Work.   Those employees were not authorized to receive OD.

41.     No subscription agreement permits any copying, distributing or forwarding any issue of OD, nor does any agreement grant Defendant any other license to use any content contained in any issue of OD in any form whatsoever.

42.     Upon information and belief, Defendant has been regularly and systematically copying, transmitting, and distributing copies of OD, including the October 14, 2011 OD Copyrighted Work to individuals who were not authorized users of OD since at least as early as January 2007 up to the present day.

43.     Upon information and belief, Defendant regularly and systematically copied, transmitted and distributed copies of OD and of the October 14, 2011 OD Copyrighted Work while actively, fraudulently and willfully concealing this activity from Plaintiffs since at least as early as January 2007.

44.     Upon information and belief, Defendant's actions of copying, transmitting, and distributing issues of OD on a systematic basis, including the October 14, 2011 OD Copyrighted Work and Plaintiffs' other publications and concealing this activity from Plaintiffs, constitutes willful infringement of Plaintiffs' valid and subsisting copyrights.

## COUNT ONE

## COPYRIGHT INFRINGEMENT OF THE OCTOBER 14, 2011

## OD COPYRIGHTED WORK

45.     Plaintiffs repeat and allege Paragraphs 1-44 as though fully set forth herein.

46.     Plaintiffs were and are the exclusive holders of all rights, title and interest in the October 14, 2011 OD Copyrighted Work and the articles contained therein and are the owners of a valid copyright registration for the October 14, 2011 OD Copyrighted Work. *See* Exhibit B.

47.     The articles contained in the October 14, 2011 OD Copyrighted Work are highly original and contain creative expression and independent analysis. *See* Exhibit A.

48.     The October 14, 2011 OD Copyrighted Work was made available and was received by Defendant pursuant to a single-user subscription.

49.     Upon information and belief, Defendant's employees have for years copied, transmitted and distributed issues of OD, including the October 14, 2011 OD Copyrighted Work, to individuals who were not authorized to receive such issues, and concealed these activities from Plaintiffs.

50.     Based upon the inclusion of the Copyright Notice, the language in the subscription agreements and the various prohibitions contained in each of Plaintiffs' publications, including the October 14, 2011 OD Copyrighted Work, among other reasons, Defendant knew or should have known that such materials were protected by U.S. copyright laws.

51.     Upon information and belief, Defendant has continually and systematically copied, transmitted and distributed issues of OD, including the October 14, 2011 OD Copyrighted Work, to numerous non-authorized users, without implied or express authority, nor with Plaintiffs' express and/or implied permission.

52.     Defendant was never authorized to copy, transmit or distribute the October 14, 2011 OD Copyrighted Work or any issue of OD in its entirety and/or beyond the use permitted pursuant by Defendant's single-user subscription.

53.   Defendant's single-user subscription to OD prohibits any copying, transmitting, or distributing of any issue of OD, including the October 14, 2011 OD Copyrighted Work, and any articles contained therein, to individuals or entities that are not authorized users of OD.

54.   Upon information and belief, Defendant willfully infringed the copyright in the October 14, 2011 OD Copyrighted Work by copying, transmitting, and distributing the October 14, 2011 OD Copyrighted Work beyond the use permitted, without permission and/or authorization express or implied from Plaintiffs.

55.   Defendant's aforesaid acts violate Plaintiffs' exclusive rights under § 106 of the Copyright Act of 1976, 17 U.S.C. § 106, as amended, and constitute willful infringement of Plaintiffs' copyright in the October 14, 2011 OD Copyrighted Work.  Defendant's past and continuing copying, transmitting and distributing of Plaintiffs' OD publication, including the October 14, 2011 OD Copyrighted Work, constitutes a willful, deliberate and ongoing infringement of Plaintiffs' copyrights and are causing irreparable harm and damage to Plaintiffs.

56.   Plaintiffs have no adequate remedy at law.

WHEREFORE, Plaintiffs demand judgment against Defendant on the foregoing claim as follows:

(1)   That Defendant, its directors, officers, agents, subsidiaries and affiliates and all persons acting by, through, or in concert with any of them, be permanently enjoined from using and infringing the copyright and/or copyrights of Plaintiffs in any manner, and from copying, exhibiting, transmitting, displaying, distributing or preparing derivative works from any of the copyrighted material in any past, present or future issue of OD, including the October 14, 2011 OD Copyrighted Work;

(2)   That Defendant be required to pay to Plaintiffs such actual damages as it has sustained as a result of Defendant's copyright infringement pursuant to 17 U.S.C. § 504;

(3)   That Defendant be required to account for and disgorge to Plaintiffs all gains, profits, and advantages derived from its copyright infringement pursuant to 17 U.S.C. § 504;

(4)     That Defendant be required to pay Plaintiffs an increase in the award of statutory damages due to Defendant's willful infringement pursuant to 17 U.S.C. § 504(c)(2);

(5)     That the Court issue an Order requiring Defendant to hold harmless and indemnify Plaintiffs from any claim(s) raised by any third party who allegedly relied upon any of Plaintiffs' publications it received as a result of Defendant's unauthorized use of Plaintiffs' copyrighted materials;

(6)     That the Court enter judgment against Defendant in favor of Plaintiffs for all claims, including pre- and post-judgment interest, as allowed by law;

(7)     That the Court enter judgment against Defendant finding that its unlawful copying, transmitting, and distributing of the October 14, 2011 OD Copyrighted Work is willful;

(8)     That Defendant be ordered to pay to Plaintiffs their costs in this action along with reasonable attorneys' fees; and

(9)     That Plaintiffs be granted such further relief as the Court deems just and proper.

Respectfully submitted,

Date: December 21, 2011          By: _____

Dennis G. Martin
Willmore F. Holbrow
Blakely Sokoloff Taylor & Zafman LLP
12400 Wilshire Blvd., Seventh Floor
Los Angeles, CA  90025

Robert L. Powley
James M. Gibson
Diane B. Melnick
Powley & Gibson, P.C.
304 Hudson St., Second Floor
New York, NY  10013

Attorneys for Plaintiffs

12

## JURY DEMAND

Plaintiffs hereby demand a jury trial.

Respectfully submitted,

Date:  December 21, 2011          By: _____

Dennis G. Martin
Willmore F. Holbrow
Blakely Sokoloff Taylor & Zafman LLP
12400 Wilshire Blvd., Seventh Floor
Los Angeles, CA  90025

Robert L. Powley
James M. Gibson
Diane B. Melnick
Powley & Gibson, P.C.
304 Hudson St., Second Floor
New York, NY  10013

Attorneys for Plaintiffs



**Energy Intelligence**

Vol. 61, No. 203, Friday, October 14, 2011

Copyright © 2011 EIG. Unauthorized access or electronic forwarding, even for internal use, is prohibited.



# OIL DAILY

*Today's complete oil and gas news briefing.*

## North Dakota Oil Output Climbing Steadily

Activity in the Bakken and Three Forks unconventional oil formations in North Dakota and Montana is ramping up at a solid clip, after a harsh winter and wet spring forced many producers to scale back drilling activity and cut production forecasts during the first half of the year.

The number of rigs working in the play climbed steadily throughout the summer and the rig count across the broader Williston Basin now stands at just over 200 rigs. And the increase in drilling activity is also translating into higher production volumes.

The North Dakota Industrial Commission released data on Thursday showing that the state's oil production rose to a new record of just over 444,100 barrels per day in August, an increase of 34% over the same month of last year. Gas production was up 40% at 462 million cubic feet per day.

And production is growing despite a recent weakening of oil prices. Over the last four months the benchmark Nymex crude futures price has fallen from around $100 per barrel to around $85.

Northern Oil & Gas President Ryan Gilbertson told an energy conference in Miami on Thursday that the recent decline in prices is not deterring companies that are eager to get back to work on their drilling inventories after the harsh weather seen during the first half of the year.

Speaking at the Canaccord Genuity Global Energy conference, Gilbertson said drilling is being driven in part by a need for companies to ensure that they hold their acreage by production before initial lease terms expire and by the ready availability of capital.

Another key factor behind the Bakken boom is the sheer scale of the resource potential in the region.

Continental Resources estimates that the Bakken and Three Forks formations together hold almost 24 billion barrels of technically recoverable oil (OD Apr.6'11).

The contiguous oil formation — located within the larger Williston Basin — stretches across 14,700 square miles — extending across portions of North Dakota, Montana, and into southern Canada.

Continental is the largest producer in the Williston Basin and its chief operating officer, Jeffrey Hume, told the Canaccord Conference that the company is accelerating its oil production growth.

The company was producing an average of 70,000 barrels of oil equivalent per day from the Bakken/Three Forks formations in September 2011, up from a June 2011 exit rate of 55,110 boe/d and an average of 27,200 boe/d in the second quarter of 2011 (OD Oct.10'11).

Continental holds over 900,000 net acres in the play, making it the second largest acreage holder after Hess Corp. It is known for pushing the envelope in terms of drilling and completion technology — experimenting with longer horizontal laterals and large numbers of fracture stages.

**(See Bakken, page 2)**

### News in Review

**In This Issue:**

Goodrich Upbeat on Tuscaloosa . . . . . . . 2
Crude, Product Prices Diverge . . . . . . . . 3
Prince: Saudis Still Lead in Reserves . . . 4
Enterprise Eyes NGL Pipe Profits . . . . . . 5
BP Boosts UK North Sea Investment . . . 5
Ultra Closes on Niobrara Land . . . . . . . . 6
Shell Advances Saudi Gas Project . . . . . . 7
BP to Take Part in US Gulf Sale . . . . . . . 8
Transocean Snubs Safety Agency . . . . . . 9

## Alberta Cabinet Balances Old and New Faces

Alberta's new premier, Alison Redford, unveiled a fresh cabinet this week, providing clues as to how she plans to steer Alberta's Progressive Conservative Party — North America's longest running political dynasty with an unbroken record of 40 years in power — into the next provincial election, which is expected to be called in 2012.

Redford won the top job in Alberta — Canada's main energy-producing province — when the party shifted to the center and made her the province's first female premier by a razor-thin majority of 51.1% of the votes cast at a leadership convention earlier this month (OD Oct.4'11).

Ted Morton — a two-time candidate for leadership of the party — has been named as energy minister and provides a steady hand for one of the most important portfolios in the new cabinet (OD Jan.27'11). He inadvertently paved the way for Redford's accession to the premier's office by calling for a review to replace former Premier Ed Stelmach as party leader.

Naming Morton to the top energy job signals Redford's desire to reach out to the party establishment and reassure the province's powerful oil and gas industry that there will be few surprises in store.

That is especially important given the current weakness in oil and gas prices and a looming decision by the US State Department about the fate of the Keystone XL pipeline, which would move 580,000 barrels per day of oil sands crude from northern Alberta to US Gulf Coast refineries (OD Aug.29'11).

Stelmach was given the push by his party after some ill-advised moves in the energy sector. He raised royalties on conventional oil and gas production in September 2007 then reversed the move in March 2010 after being heavily criticized for making Alberta less competitive

**(See Alberta, page 2)**

### Latest Market Trends



**Crude & Gas Futures**
(Nymex 1st Month)

$/bbl — $/MMBtu
- - - Natural Gas
— Light Sweet

**Oil & Gas Shares**

DJIA — EIF
- - - EIF Index
— Dow Jones Industrials

# Goodrich Upbeat About Potential of Tuscaloosa Marine Shale Play

Goodrich Petroleum is bullish about the potential of the emerging Tuscaloosa Marine Shale in southern Louisiana and Mississippi, but Chief Operating Officer Robert Turnham says the company is not in the market to add to its 79,000 net acre position in the play at present.

The mid-sized exploration and production company has not drilled its first well in the liquids-rich shale play just yet, but it is encouraged by the activity and results it is seeing from other operators so far.

Turnham said a recompletion of an old well performed by Encore Acquisition yielded results that were largely shrugged off by markets just before oil prices crashed in 2008. But upon closer inspection, and considering how much drilling and completion technology has advanced since then, Goodrich and others now see the results in a more positive light.

Encore Acquisition — which has since been acquired by Denbury Resources — recompleted an old well in the formation using a 3,000 foot horizontal lateral and three-stage hydraulic fracture or "frack job," which yielded an initial production rate of just un-

der 400 barrels per day.

Speaking at the Canaccord Genuity Global Energy Conference in Miami this week, Turnham said that although the results may not seem impressive at first glance, the well's production was restricted by a choke and the reservoir was only minimally stimulated.

Goodrich and others are betting that oil and natural gas liquids will flow at higher volumes if longer laterals and more frack stages are used.

The crude oil produced by the Encore well was also of high quality, with an API gravity of 38 to 40 degrees.

Goodrich ultimately plans to use longer laterals and more frack stages when it embarks on its Tuscaloosa development program in the first quarter of 2012.

In the meantime, it is waiting to see the results of wells planned or currently being drilled by other, larger operators in the area — like Canadian gas giant Encana and US independent Devon Energy.

Turnham estimates that Encana holds about 250,000 net acres in the northern part of the play. The company is currently drilling one well there and has permits for two more.

Devon, meanwhile, has two wells awaiting completion in the southern portion of the play and has permits in hand for a third well. Devon also holds around 250,000 net acres in the Tuscaloosa (OD May5'11).

Although Turnham characterized the Tuscaloosa as a "frontier" play, he said Goodrich likes what it has seen so far. "We're very positive... it's still early but we like what we have seen so far," he told the Canaccord conference.

Goodrich entered the play relatively early and acquired its leasehold position for a price of about $175 per acre, or a total cost of about $14 million (OD Jun.14'11).

Turnham said the company is not currently in the market to add to its acreage position there, but he figures that land is probably leasing for around $1,000/acre now, and that the price could rise to $5,000/acre if the play starts delivering strong results.

The Tuscaloosa Shale is thought to be geologically similar to the Eagle Ford Shale in South Texas. A 1997 report by Louisiana State University's Basin Research Institute estimates that the play could hold up to 7 billion barrels of oil.

**Rachael Seeley, Miami**

## Alberta . . .

**(Continued from 1)**

during a global economic downturn.

Morton will also steward the province's efforts to boost its oil output, largely through new investments in its massive, but controversial, oil sands deposits. The Canadian Association of Petroleum Producers estimates that growing oil sands output will increase Canada's oil production by 68% to 4.7 million barrels per day by 2025.

But Redford also balanced her selection of party stalwarts — including Morton and Conservative veteran Ted Liepert for the key Finance post — by naming a more centrist newcomer, Diana McQueen, to head the Environment and Water Ministry.

By adding "water" to the official name of the ministry, Redford is acknowledging that water issues have undermined the image of the province's oil sands industry. This is particularly true of the Athabasca River, the source of much of the water used in oil sands production. A series of reports published over the past year found that monitoring of how the oil sands industry impacts the province's water supplies was "inadequate or non-existent."

In an interview with the *Globe and Mail* this week, McQueen said the Athabasca River will be her number one priority.

In the run-up to the next provincial election, Redford and her fellow Conservatives must overcome challenges presented by a new party

— the more right-wing Wild Rose Alliance — which is planning to run on a platform of less government spending, lower taxes and less stringent regulation of the oil and gas sector.

**James Irwin, Toronto**

## Bakken . . .

**(Continued from 1)**

The company currently uses up to 30 hydraulic fracture or "frack" stages on a single horizontal well and is also moving towards wider adaptation of multi-well drilling pads to improve operational efficiencies, reduce costs, and reduce its environmental footprint (OD Aug.27'10).

RBC Capital analyst Scott Hanold says that operators are achieving broad improvements in well performance across the play.

In a research note to clients, Hanold said that average quarterly well performance is poised to set a record in the third quarter of 2011, with 93 wells showing initial production rates of 1,711 barrels of oil equivalent per day. That marks a 32% improvement over the prior 18-month average, he added.

Production from the Bakken/Three Forks formation is growing so fast that Continental's Hume says he would not be surprised to see it surpass 1 million b/d in the next three to four years.

RBC Capital expects the Williston Basin rig count to remain above 200 rigs for the next 12 months, adding around 2,000 new wells to the 5,700 or so already in production.

Triangle Petroleum Chief Financial Officer Jonathan Samuels said he does not anticipate there will be a slowdown in Bakken/Three Forks drilling activity, despite recent oil price volatility.

"It's sort of like trying to turn around an aircraft carrier," Samuels told the Canaccord Conference.

"Once people get going it's hard to stop," he said, especially when contracts for infrastructure, rigs and other necessary supplies are already in place.

**Rachael Seeley, Miami**



# Crude Falls, But Products Rise on US Diesel, Gasoline Stock Draws

Crude futures closed lower Thursday but product prices posted gains as traders weighed news of sluggish Chinese crude imports against a report which showed big declines in US inventories of refined products.

Nymex November crude futures fell $1.34 to $84.23 per barrel. In London ICE November Brent ended down 25¢ at $111.11.

Customs data showed that China's crude oil imports in September were down sharply versus the same month of last year and remained below 5 million b/d for a fourth consecutive month.

China has been the pacesetter for global oil demand in recent years as its economy has surged while the major developed nations have struggled to emerge from the recent recession. An economic slowdown in China could have big repercussions for global oil demand.

The US Energy Information Administration (EIA) said US crude inventories rose by 1.3 million bbl for the week ending Oct. 7 which was bearish for crude.

However, product prices rose as the EIA reported a drop in inventories of ultra low sulfur diesel (ULSD) and gasoline.

Nymex heating oil — also routinely used as a gauge for diesel prices — rose 3.67¢ to $2.9714 per gallon. Gasoline climbed 0.88¢ to settle at $2.7575.

The EIA reported a 5.6 million bbl drop in ULSD stocks to 101.4 million bbl — the lowest total since July. Gasoline inventories fell by 4.1 million bbl to 209.6 million bbl.

However, while stocks fell, demand for products remains tepid. The four-week moving average of the amount of products that refiners supplied to the market was down by 102,000 b/d

(See Futures, page 4)

# Daily Oil & Gas Price Review
*Prices for Thursday, October 13, 2011*

## Crude Oil — Nymex Light Sweet ($/barrel)



### North American Crudes ($/barrel)
| Cash/Spot | Change | Spot Price | 5-Day Avg. | Month-Ago |
|---|---|---|---|---|
| WTS (Midland) | -1.34 | 83.24 | 83.67 | 88.79 |
| LLS (St. James) | -1.44 | 112.74 | 112.08 | 116.39 |
| ANS (California) | -1.34 | 108.83 | 109.40 | 117.95 |
| Mars (Clovelly) | -1.19 | 108.74 | 108.25 | 113.64 |
| Maya (Mexico) | -0.65 | 99.47 | 98.57 | 99.75 |

### Light Sweet Futures — Prompt Month ($/barrel)
| | Change | 1st Month | 5-Day Avg. | 2nd Month | 3rd Month |
|---|---|---|---|---|---|
| Nymex Light Sweet | -1.34 | 84.23 | 84.80 | 84.45 | 84.63 |
| ICE Brent | -0.25 | 111.11 | 109.61 | 109.20 | 107.59 |

| Cash/Spot | Change | Spot Price | 5-Day Avg. | Month-Ago | Year-Ago |
|---|---|---|---|---|---|
| WTI (Cushing) | -1.29 | 83.99 | 84.47 | 89.39 | 79.93 |
| WTI (Midland) | -1.34 | 83.44 | 83.95 | 88.79 | 79.35 |
| Brent (Dated) | -1.34 | 113.44 | 112.08 | 118.65 | 80.87 |

### International Crudes ($/barrel)
| Cash/Spot | Change | Spot Price | 5-Day Avg. | Month-Ago |
|---|---|---|---|---|
| Opec Crude Basket[1] | +2.07 | 107.68 | 106.61 | 107.91[G] |
| Nigeria Bonny Light | +0.01 | 115.84 | 111.13 | 120.30 |
| Dubai | -0.07 | 103.99 | 103.93 | 105.86 |
| Oman | -2.68 | 104.99 | 106.42 | 105.50 |
| Russia Urals | +0.01 | 111.74 | 109.24 | 117.00 |

## Refined Products — Nymex Heating Oil (¢/gallon)



### Heating Oil/Gasoline Futures — Prompt Month (¢/gal.)
| Futures | Change | 1st Month | 5-Day Avg. | 2nd Month | 3rd Month |
|---|---|---|---|---|---|
| Nymex (¢/gal.) | | | | | |
| RBOB Gasoline | +0.88 | 275.75 | 271.93 | 269.69 | 266.61 |
| Heating Oil | +3.67 | 297.14 | 291.46 | 296.30 | 295.14 |
| ICE (London) | | | | | |
| Gasoil ($/ton) | +2.25 | 920.75 | 913.10 | 910.00 | 902.50 |
| Gasoil (¢/gal.) | +0.71 | 292.30 | 289.87 | 288.89 | 286.51 |

### US Product Spot Markets[H]
| | — — — Gulf Coast — — — | | | | — — — New York — — — | | | | — — — Los Angeles — — — | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gasoline (¢/gal.) | Change | Spot Price | 5-Day Avg. | Month-Ago | Change | Spot Price | 5-Day Avg. | Month-Ago | Change | Spot Price | 5-Day Avg. | Month-Ago |
| Regular Gasoline | +2.60 | 277.50 | 274.77 | 273.25 | +2.10 | 289.00 | 285.22 | 280.75 | -9.40 | 301.50 | 304.32 | 288.00 |
| Premium Gasoline | +2.60 | 290.50 | 288.52 | 280.25 | +2.60 | 301.50 | 297.82 | 307.00 | -9.40 | 314.50 | 317.32 | 303.00 |
| Regular RBOB | +2.60 | 277.50 | 274.57 | 274.25 | +2.85 | 285.75 | 283.22 | 279.25 | -9.40 | 304.50 | 307.32 | 293.00 |
| Mid-Distillates (¢/gal.) | | | | | | | | | | | | |
| No. 2 Heating Oil | +5.48 | 294.41 | 288.22 | 297.43 | +5.73 | 296.91 | 290.52 | 300.43 | — | — | — | — |
| No. 2 Low Sulfur Diesel | +5.48 | 296.91 | 290.87 | 302.18 | +5.48 | 298.41 | 292.22 | 302.43 | -1.52 | 300.66 | 299.67 | 306.93 |
| Jet Fuel | +5.48 | 296.66 | 290.87 | 301.68 | +7.23 | 300.91 | 296.07 | 304.68 | -1.52 | 299.66 | 298.87 | 306.93 |
| Residual Fuel ($/bbl) | | | | | | | | | | | | |
| No. 6 Oil (low sulfur) | -0.50 | 104.63[A] | 103.18 | 102.63 | -0.50 | 114.72[B] | 113.33 | 112.38 | — | — | — | — |
| No. 6 Oil 1% S | -0.50 | 102.13[C] | 100.68 | 100.13 | -0.46 | 101.82[D] | 100.48 | 99.22 | — | — | — | — |
| No. 6 Oil 3% S | -0.30 | 99.63 | 97.95 | 97.97 | -0.45 | 99.93 | 98.47 | 98.63 | +1.50 | 665.00[E] | 646.70 | 655.00 |

## Natural Gas — Nymex Henry Hub ($/MMBtu)



### Nymex Henry Hub — Prompt Month ($/million Btu)
| Futures | Change | 1st Month | 5-Day Avg. | 2nd Month |
|---|---|---|---|---|
| Nymex ($/MMBtu) | | | | |
| Henry Hub | +0.042 | 3.531 | 3.532 | 3.814 |

### Spot Gas Prices ($/MMBtu)[F]
| Key Hubs/Cities | Change | Spot Price | Week-Ago | Month-Ago |
|---|---|---|---|---|
| New York | -0.12 | 3.68 | 3.63 | 4.28 |
| Henry, Louisiana | -0.11 | 3.43 | 3.49 | 4.04 |
| Chicago | -0.10 | 3.45 | 3.44 | 4.11 |
| Katy, Texas | -0.08 | 3.36 | 3.39 | 3.96 |
| Southern California Border | -0.05 | 3.45 | 3.50 | 4.25 |
| AECO Hub (Canada) | -0.11 | 2.94 | 3.06 | 3.58 |

Produced by Oil Daily in cooperation with Reuters. All spot assessments are bid prices published by Reuters at 5:30 p.m. ET.
Notes: A — 0.7% sulfur low pour.      F — Source: *Natural Gas Week*
   B — 0.3% sulfur high pour.      G — 20-day avg.
   C — Low pour.            H — Bid prices for latest spot deals at press time.
   D — High pour.            I — Opec basket price for previous day.
   E — Price is for 380 CST, given in $/metric ton.

# Futures . . .

**(Continued from 3)**

compared with the same period of last year.

US refiners have also continued to focus on foreign markets, exporting nearly 2.5 million bbl of products during the week. The US has been a net exporter of refined products since this summer.

Crude inventories held at the Cushing, Oklahoma storage hub stood at 30.6 million bbl — up 600,000 bbl on the previous week. It was the first time in 11 weeks that Cushing crude stocks have risen. Cushing crude inventories hit a record 41.9 million bbl in April.

The rebound at Cushing may have been caused by a reduction in refinery utilization in the Midcontinent region, which fell to 89.6% from 93.8%. Midcontinent refiners, hoping to make the most of lucrative margins caused by cheap regional crude prices, had remained above 90% since June.

**Gregory Gethard, New York**

# Saudi Prince Rejects Venezuela's Claim to Hold Largest Reserves

A senior Saudi prince has poured scorn on other countries' attempts to book marginal hydrocarbons as reserves, alluding to Venezuela's success over the summer in getting the Opec Secretariat to name it the largest reserve holder in the 12-member group, displacing Saudi Arabia.

"We have recently heard mention from other countries of having oil in the ground or under the sea that far exceeds what can be found in Saudi Arabia," said Prince Turki al-Faisal, former intelligence chief and US ambassador. "However, these claims are entirely unproven reserves so they are completely hypothetical and in my opinion entirely unfounded," he told Energy Intelligence's Oil & Money conference in London this week.

Venezuela scored a major coup in July, when Opec's official statistical bulletin showed it had crude oil reserves of 296.5 billion barrels, putting it ahead of Saudi Arabia's 264.5 billion bbl (OD Jul.19'11). Venezuela's new number was 40% higher than 2009, suggesting successful lobbying by Caracas for the inclusion of extra-heavy oil reserves in the Orinoco Belt.

"Were Saudi Arabia to go down the path of claiming unproven reserves, there would still be no competition," said Prince Turki, who currently holds no official post in the Saudi government.

"For instance, our kingdom currently has 264 billion barrels of oil beneath it. Were we to begin making claims about unproven reserves we would be able to announce the possession of several billion more," he said.

The prince emphasized that the kingdom welcomes all additions to the world's reserve base in order to ease the financial burden on Saudi Arabia to meet global energy needs. He noted that Riyadh remains committed to keeping millions of barrels per day of spare capacity, despite the considerable cost. The oil ministry's policy is to hold 1.5 million-2 million b/d of spare capacity to deal with any sudden disruptions in oil supply.

He echoed Saudi Aramco Chief Executive Khalid al-Falih's statement earlier this week that the kingdom does not need to increase its capacity to 15 million b/d from 12.5 million b/d now (OD Oct.11'11). In the past, Riyadh has outlined plans to move to 15 million b/d, most recently when oil prices spiked to $147 per barrel in July 2008.

"The reason for this change of plan is that market demand is being met by other producers," he said, citing Iraq and Brazil.

**Alex Schindelar, Dhahran, with David Pike and Thomas Strouse, London**

## EIA Weekly Statistics

*For Week Ended* October 7, 2011

### US Crude Oil: Stocks[1]

| (millions of bbl) | Current Week | Previous Week | Chg. |
|---|---|---|---|
| PADD 1 | 13.2 | 12.0 | 10.1% |
| PADD 2 | 94.0 | 94.1 | -0.1% |
| Cushing, OK | 30.6 | 30.1 | 1.8% |
| PADD 3 | 163.8 | 163.2 | 0.3% |
| PADD 4 | 17.0 | 17.0 | 0.0% |
| PADD 5 | 49.6 | 49.9 | -0.6% |
| **Total US [1]** | **337.6** | **336.3** | **0.4%** |

### Crude Oil: Production and Imports

| (thousands of b/d) | Production | Imports |
|---|---|---|
| PADD 1 | — | 1,219 |
| PADD 2 | — | 1,542 |
| PADD 3 | — | 4,868 |
| PADD 4 | — | 308 |
| PADD 5 | — | 1,149 |
| **Total US** | **5,878** | **9,086** |
| Previous Week | 5,800 | 8,700 |

### Products: Stocks

| (millions of bbl) | Total Motor Gasoline | Blending Components | Finished Reformulated | Finished Motor Gasoline | Kerosene Jet Fuel | Total Distillate Fuel Oil | <15 ppm Sulfur Dist. Fuel | 15-500 ppm Sulfur Dist. Fuel | >500 ppm Sulfur Dist. Fuel | Residual Fuel Oil | Unfinished Oils |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PADD 1 | 53.8 | 44.8 | 9.0 | 0.1 | 12.0 | 60.0 | 24.3 | 4.1 | 31.5 | 9.7 | — |
| PADD 2 | 48.9 | 27.8 | 21.1 | 0.0 | 8.6 | 27.9 | 25.4 | 1.4 | 1.1 | 1.5 | — |
| PADD 3 | 73.3 | 57.7 | 15.6 | 0.0 | 15.2 | 51.5 | 39.4 | 6.6 | 5.5 | 16.7 | — |
| PADD 4 | 6.2 | 2.1 | 4.1 | 0.0 | 0.7 | 2.6 | 2.2 | 0.2 | 0.2 | 0.2 | — |
| PADD 5 | 27.5 | 23.8 | 3.7 | 0.0 | 10.3 | 12.1 | 10.1 | 0.9 | 1.0 | 5.5 | — |
| **Total US** | **209.6** | **156.1** | **53.5** | **0.2** | **46.8** | **154.0** | **101.4** | **13.3** | **39.3** | **33.6** | **83.6** |
| Previous Week | 213.7 | 157.5 | 56.2 | 0.1 | 46.4 | 156.9 | 107.0 | 9.8 | 40.1 | 33.6 | 81.8 |

### Products: Output

| (thousands of b/d) | Total Fin. Motor Gasoline | Reformulated | Conventional | Total Kerosene Jet Fuel | Commer. Kerosene Jet Fuel | Military Kerosene Jet Fuel | Total Distillate Fuel Oil | <15 ppm Sulfur Dist. Fuel | 15-500 ppm Sulfur Dist. Fuel | >500 ppm Sulfur Dist. Fuel | Residual Fuel Oil |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PADD 1 | 2,811 | 1,203 | 1,608 | 62 | 62 | 0 | 358 | 224 | -2 | 135 | 57 |
| PADD 2 | 2,274 | 357 | 1,917 | 248 | 235 | 13 | 959 | 904 | 62 | -8 | 35 |
| PADD 3 | 1,969 | 390 | 1,579 | 760 | 680 | 80 | 2,419 | 2,173 | 97 | 149 | 312 |
| PADD 4 | 261 | 0 | 261 | 33 | 32 | 1 | 159 | 148 | 14 | -3 | 12 |
| PADD 5 | 1,506 | 1,040 | 466 | 400 | 380 | 20 | 519 | 471 | 29 | 20 | 116 |
| **Total US** | **8,821** | **2,990** | **5,831** | **1,503** | **1,388** | **114** | **4,414** | **3,919** | **200** | **294** | **531** |
| Previous Week | 9,174 | 3,023 | 6,151 | 1,619 | 1,470 | 149 | 4,667 | 4,034 | 183 | 450 | 598 |

### Products: Imports

| (thousands of b/d) | Total Motor Gasoline | Blending Components | Finished Reformulated | Finished Conventional | Kerosene Jet Fuel | Total Distillate Fuel Oil | <15 ppm Sulfur Dist. Fuel | 15-500 ppm Sulfur Dist. Fuel | 500-2,000 ppm Sulfur Dist. Fuel | >2,000 ppm Sulfur Dist. Fuel | Residual Fuel Oil | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total US** | 418 | 379 | 0 | 39 | 86 | 117 | 52 | 0 | 65 | 0 | 251 | 1,084 | 1,956 |
| Previous Week | 505 | 426 | 0 | 79 | 7 | 208 | 146 | 0 | 62 | 0 | 333 | 1,063 | 2,116 |

### US Refinery Inputs and Utilization

| Crude (thousands of b/d) | Gross Inputs | Oil Inputs | Percent Operated |
|---|---|---|---|
| PADD 1 | 1,128 | 1,124 | — |
| PADD 2 | 3,332 | 3,305 | — |
| PADD 3 | 7,537 | 7,348 | — |
| PADD 4 | 539 | 532 | — |
| PADD 5 | 2,402 | 2,232 | — |
| **Total US** | **14,937** | **14,541** | **84.2%** |
| Previous Week | 15,559 | 15,104 | 87.7% |

**Notes:**

Table is based on weekly statistics from the US Energy Information Administration's Weekly Petroleum Reporting System. The supply data are based primarily on company submissions for the week ending 7:00 a.m. the preceding Friday. Totals may not add due to rounding.

[1] Crude oil stocks excluding SPR.

# BP to Invest $16 Billion in Four Major UK Offshore Projects

In a massive boost for the mature province, BP and partners will invest almost £10 billion ($15.6 billion) developing four major projects and several smaller schemes across the UK Continental Shelf (UKCS) over the next five years after winning government consent for the £4.5 billion Clair Ridge project off the Shetland Islands (OD Aug.3'11).

BP announced on Thursday that the second-phase development of the giant Clair field will target around 640 million barrels of proven reserves and will involve the installation of two bridge-linked production platforms together capable of processing around 120,000 barrels per day of oil and 100 million cubic meters per day of gas. Due on stream in 2016, the Clair Ridge project will extend output from the Clair field through 2050.

BP, with partners Royal Dutch Shell, ConocoPhillips and Chevron, also revealed that an appraisal well at South West Clair has hit a "significant" hydrocarbon column in a younger, overlying reservoir, which is expected to support further development of the area in the future. The greater Clair field complex is now estimated to hold at least 7 billion bbl of oil and gas initially in place.

Clair Phase 1 started up in February 2005 targeting 250 million barrels of oil equivalent and producing around 60,000 barrels of oil equivalent per day, with 5 billion bbl thought then to be in place.

Clair Ridge is one of four major projects that BP and its partners are targeting across the UKCS over the next five years involving total investment of nearly £10 billion. The UK oil giant will plow more than £4 billion into the other three schemes, representing the company's highest-ever annual investment in the region.

"After some years of decline, we now see the potential to maintain our production from the North Sea at around 200,000-250,000 boe/d until 2030," BP Chief Executive Bob Dudley said. "And we are working on projects that will take production from some of our largest fields out toward 2050."

The other three big UK schemes are the £3 billion redevelopment of the Schiehallion and Loyal fields, west of the Shetlands; the £550 million Devenick high-pressure, high-temperature condensate field in the central North Sea with Germany's RWE, which involves a tie-back to Marathon's East Brae platform and is due on stream in 2012; and the £700 million Kinnoull oil-field project in

the central North Sea with partners Eni and Sumitomo's UK unit, Summit Petroleum, which is slated to produce 45,000 boe/d by 2013.

A BP spokesman said a further £1 billion will be spent on development drilling, and the rest on other projects.

The UK firm said it will use the latest technology to boost recovery and manage complex reservoirs in the greater Clair area. Clair Ridge will include the first offshore deployment of advanced low salinity water reservoir injection, while the partners at Schiehallion-Loyal are looking to use polymer flood technology to improve the sweep of the reservoir and overall oil recovery.

UK Prime Minister David Cameron — whose Conservative-led coalition government has been lambasted by the oil industry for increasing the tax on North Sea profits — said the announcement was a massive boost for jobs and growth. "It shows the confidence that there is to invest in the North Sea — we have cutting-edge technology, world-class skills and expertise, and a UK government that is committed to do what we can to secure future investment," he said in Scotland on Thursday.

*☞* **Deb Kelly, London**

# Enterprise Hopes New Ethane Pipeline Will Profit From US NGL Boom

US producers have supplied 28.1 million barrels of ethane — a natural gas liquid — to the market so far this year, up from 25.8 million bbl during the same time period in 2010 and 23.3 million bbl in 2009 according to the US Energy Information Administration (EIA).

The rapid increase in ethane production has been attributed to the growth of liquids-rich unconventional gas plays like the Marcellus Shale in Pennsylvania. And most expect this trend to continue, especially as the Utica Shale starts to take off in eastern Ohio.

The surge in supplies has caused ethane to disconnect from the prices of other natural gas liquids (NGLs). Ethane has largely tracked the price of natural gas, which has been in the doldrums recently because of strong domestic production. Prices of other NGLs like butane and propane have mostly tracked crude oil prices, which have been volatile lately, but have generally trended upwards.

So far this year, the average cost of ethane has been $0.7429 per gallon, while butane has averaged $1.996/gallon and propane $1.4774/gallon.

According to the EIA, this disconnect has largely been caused by the nature of

NGL production. While output of ethane, the most prevalent compound derived from NGLs, has boomed, production of other NGLs like propane and butane have not risen to the same degree.

At the same time there is no local market for ethane in Pennsylvania and Ohio, where the Marcellus and Utica shale plays are being developed. And a lack of infrastructure has also prevented large stockpiles of ethane reaching petrochemical plants in other parts of the country.

Midstream giant Enterprise Product Partners sees an opportunity in this situation, recently announcing plans to construct a 1,230-mile long pipeline that would move 125,000 b/d of ethane from the Marcellus and Utica shale regions to a storage terminal in Texas (OD Oct.12'11).

From there, ethane — an important building block for polymers and plastics — could be shipped to ethylene plants throughout the US.

Even though prices for the various NGLs differ widely in the US, they are significantly lower than the equivalent prices in Europe. And this gives a significant competitive advantage to US chemical companies, according to ratings agency Fitch.

Several petrochemical companies have announced expansions of North American plants this year, with many specifically focusing on ethylene production.

"The surge in shale liquids availability has been a game-changing event for downstream chemical producers dependent on inexpensive light feedstocks," said Fitch's Mark Sadeghian.

At the recently held Marcellus Shale Gas Insight conference, several producers with stakes in the major US shale plays touted the beneficial impact of abundant and relatively cheap NGLs for the US chemical industry.

Chesapeake Energy Chief Executive Aubrey McClendon cited industry statistics that showed a 17% increase in US chemical exports last year, and also mentioned a recent study which indicated that the shale gas boom could add up to 400,000 jobs in the chemical industry (OD Sep.9'11).

Enterprise, the largest US midstream company by market capitalization, said its pipeline would be a combination of newly built and existing lines. It expects the new ethane pipeline to start operating in the first quarter of 2014.

**Gregory Gethard, New York**



# NEWS ALERT

**From staff and wire reports**

## Exploration & Production

### Ultra Closes on Niobrara Land

Ultra Petroleum has closed on the purchase of 18,000 acres of land in Colorado's Denver-Julesburg Basin for $20 million, according to local media reports.

In June Ultra had bid $26.5 million to buy the undeveloped acreage — part of the Banning Lewis Ranch just east of Colorado Springs — from its bankrupt owners. But the city has been pushing for construction of up to 75,000 homes on the property since annexing it in 1988 and had objected to the sale to Ultra, according to the *Denver Business Journal*.

Months of courtroom wrangling led Ultra to reduce its bid to $20 million, which in September was approved by a bankruptcy judge. The company is now in talks with city





*Founded 1951 • www.energyintel.com*
• Washington Editorial Tel.: (202) 662-0700
• Fax: (202) 783-8230. New York Tel.: (212) 532-1112.
Houston Tel.: (713) 222-9700

*Published By:*

**E Energy Intelligence**

Raja W. Sidawi, *Chairman*
Marcel van Poecke, *Vice Chairman*
Ivan Sandrea, *President & COO*
Thomas E. Wallin, *Editor-in-Chief*
Andrew Kelly, *Editor, Oil Daily*
akelly@energyintel.com
Jane Collin, *Editor, International Edition*

**Editorial:** Sarah Miller *Editor-at-Large.* **Washington:** Paul Merolli, Lauren O'Neil, Matt Piotrowski. **Houston:** Casey Sattler, Rachael Seeley, Christi Shafer, Barbara Shook, John Sullivan. **New York:** James Bourne, Xavier Cronin, Jason Fargo, Gregory Gethard, David Knapp, Matt Zeidel. **London:** James Batty, Deborah Kelly, Peg Mackey, Kerry Preston. **Singapore:** Maryelle Demongeot, Song Yen Ling, Ramsey al-Rikabi, Clara Tan, Irwin Yeo. **Moscow:** Nelli Sharushkina. **Dubai:** Emily Meredith, Alex Schindelar.
**Production:** Ronald Hernandez, *Production Coordinator*

Copyright © 2011 by Energy Intelligence Group, Inc. ("EIG") ISSN 1529-4366. Oil Daily ® is a registered trademark of EIG. All rights reserved. Access, distribution and reproduction are subject to the terms and conditions of the subscription agreement and/or license with EIG. Access, distribution, reproduction or electronic forwarding not specifically defined and authorized in a valid subscription agreement or license with EIG is wilfully copyright infringement. Additional copies of individual articles may be obtained using the pay-per-article feature offered at www.energyintel.com.

officials and expects to reach an agreement on drilling plans without further court proceedings, Ultra told the newspaper.

In August, Houston-based Ultra bought up nearly 100,000 net acres in the basin, which is prospective to the liquids-rich Niobrara Shale (OD Aug.11'11). It did not disclose a price, but the original $26.5 million bid would have valued the Banning Lewis land at $1,472/acre. A month earlier, Bill Barrett paid $2,200/acre for 67,000 net acres in the basin (OD Jul.13'11).

Ultra's plans to drill three vertical exploration wells in El Paso County, east and southeast of Colorado Springs, have been held up by a three-month moratorium put in place by the county as it updates its regulatory regime. But an Ultra spokeswoman said the company did not see the moratorium as a problem, the *Denver Business Journal* reported.

That area of the Denver-Julesburg basin is still in the earliest stages of development, with limited drilling data and no gathering infrastructure.

## Refining

### Bank Inks Refinery Supply Deal

The Canadian arm of Macquarie has sealed a deal to supply crude to a Newfoundland refinery and buy its products, the latest sign of the Australian bank challenging rivals in the physical energy market.

The deal with Korea National Oil Corp's (KNOC) 115,000 b/d refinery in Come By Chance, Newfoundland, is the latest in a series of arrangements by which an investment bank guarantees supply and offtake with a refinery operator, giving it valuable trading opportunities in the cash market.

Harvest Operations, KNOC's Canadian subsidiary, said Macquarie Energy Canada will supply the refinery from November, replacing an existing agreement with the plant's prior owner, Dutch trading firm Vitol.

It is a continuing agreement that has an initial one-year term. No volumes or dollar figures were disclosed.

While Macquarie's ambition to become a major physical player in the US natural gas market was well known after its purchase of Constellation Energy's trading desk in 2009 and its investment in a planned export terminal, it had not yet made major waves in the oil market, traders say (OD Feb.5'09).

The Canada deal comes one year after Morgan Stanley, long Wall Street's biggest

physical oil trader, and Norway's Statoil secured a similar arrangement with PBF Energy, the private equity-backed firm that bought two refineries in Delaware and New Jersey to become the East Coast's No. 3 refiner. (Reuters)

## International

### Junin-6 Drilling to Start Soon

PetroMiranda, a joint venture between a Russian consortium and Petroleos de Venezuela (PDV), aims to start drilling in the Orinoco Belt Junin-6 Block this year and begin producing in 2012.

A source from the Russian National Oil

## Stock Market Scorecard

| Integrated Majors | Close 10/13 | 1-Day Chg. | % Chg. 1-Day | 10-Day | 52-Wk | YTD |
|---|---|---|---|---|---|---|
| Shell-B | 68.90 | +1.16% | +1.71% | +11.04% | +12.80% | +3.34% |
| Shell-A | 67.91 | +1.12 | +1.68 | +10.86 | +8.47 | +1.69 |
| Total | 50.54 | +1.08 | +1.08 | +15.73 | -4.73 | -5.50 |
| BP | 38.75 | +0.12 | +0.31 | +6.37 | -6.08 | -12.27 |
| Eni | 41.62 | +0.12 | +0.29 | +19.39 | -6.07 | -4.85 |
| Statoil | 24.05 | +0.01 | +0.04 | +15.02 | +11.19 | +1.18 |
| Chevron | 97.79 | +0.01 | +0.01 | +6.59 | +16.64 | +7.17 |
| Exxon Mobil | 76.37 | -0.79 | -1.02 | +5.97 | +18.04 | +4.44 |
| ConocoPhillips | 67.04 | -0.81 | -1.19 | +6.03 | +12.46 | -1.56 |
| Hess | 55.09 | -1.01 | -1.80 | +6.02 | -12.10 | -28.02 |
| Suncor | 28.54 | -0.53 | -1.82 | +8.97 | -17.87 | -25.46 |
| EIF Index | 345.19 | -1.14 | -0.33 | +7.35 | +18.37 | +2.53 |
| **Large Producers** | | | | | | |
| Talisman | 12.76 | +0.16 | +1.27 | +1.92 | -29.39 | -42.50 |
| Marathon Oil | 23.65 | +0.16 | +0.68 | +6.77 | +10.43 | +5.21 |
| Occidental | 81.50 | +0.49 | +0.60 | +8.68 | -2.08 | -16.92 |
| Chesapeake | 26.85 | +0.10 | +0.37 | -1.54 | +12.48 | +3.63 |
| Pioneer | 69.95 | +0.20 | +0.29 | +1.88 | -2.66 | -19.43 |
| EnCana | 20.35 | -0.01 | -0.05 | +3.88 | -33.04 | -30.12 |
| Anadarko | 67.04 | -0.27 | -0.40 | -0.95 | +14.99 | -11.97 |
| Nexen | 16.17 | -0.12 | -0.74 | +1.95 | -23.62 | -29.39 |
| EOG Resources | 80.22 | -0.73 | -0.90 | +7.98 | -18.90 | -12.24 |
| Apache | 87.11 | -0.82 | -0.93 | +5.50 | -14.24 | -26.94 |
| Canadian Natural | 31.06 | -0.33 | -1.05 | +4.47 | -17.11 | -30.08 |
| Murphy Oil | 50.02 | -0.79 | -1.55 | +11.80 | -23.00 | -32.90 |
| Devon Energy | 59.04 | -1.18 | -1.96 | +4.64 | -11.67 | -24.80 |
| **Refiners** | | | | | | |
| Alon | 7.54 | +0.41 | +5.75 | +13.04 | +40.93 | +26.09 |
| Holly Frontier | 32.04 | +0.86 | +2.76 | +18.36 | +111.14 | +57.17 |
| Tesoro | 25.00 | +0.61 | +2.50 | +25.69 | +80.64 | +34.84 |
| Valero | 22.65 | +0.41 | +1.84 | +22.70 | +26.04 | -2.03 |
| Marathon Petroleum | 33.77 | +0.20 | +0.60 | +16.53 | NA | NA |
| Sunoco | 34.47 | -0.16 | -0.46 | +7.18 | -11.62 | -14.49 |
| **Integrated Energy** | | | | | | |
| Sempra | 51.76 | +0.44 | +0.86 | +2.41 | -3.43 | -1.37 |
| El Paso | 19.15 | +0.16 | +0.84 | +8.19 | +47.42 | +39.17 |
| Duke Energy | 19.80 | 0.00 | 0.00 | -0.40 | +12.63 | +11.17 |
| Williams | 26.69 | -0.04 | -0.15 | +6.25 | -36.10 | +7.97 |
| Oneok | 70.19 | -0.23 | -0.33 | +5.14 | +45.59 | +26.54 |
| Enbridge | 33.27 | -0.15 | -0.45 | +4.62 | +23.18 | +17.98 |
| TransCanada | 40.45 | -0.24 | -0.59 | -2.01 | +6.95 | +6.34 |
| **Service Companies** | | | | | | |
| Nabors | 14.75 | +0.10 | +0.68 | +12.42 | -21.83 | -37.13 |
| Halliburton | 35.02 | -0.05 | -0.14 | +7.85 | +0.52 | -14.23 |
| Schlumberger | 60.20 | -0.11 | -0.16 | +11.39 | +7.25 | -19.52 |
| Baker Hughes | 53.38 | -0.10 | -0.19 | +9.47 | +19.34 | -6.63 |
| Ensco | 44.68 | -0.24 | -0.53 | +7.56 | -3.35 | -16.30 |
| Patterson-UTI | 18.53 | -0.31 | -1.65 | +1.93 | -4.22 | -14.01 |
| Transocean | 48.14 | -0.91 | -1.86 | -4.65 | -25.72 | -30.74 |

Note: Ranked by daily percentage change.

Consortium — which is led by Gazprom Neft and includes Rosneft, Lukoil, TNK-BP and Surgutneftegas — told *Oil Daily* that drilling will start in December.

The partners had said they intended to drill 50 stratigraphic and horizontal wells in the block by 2013 to evaluate reserves, but with a number of other Venezuelan projects also requiring drilling rigs, there had been concerns that work wouldn't get going this year.

The block is scheduled to start producing next May after existing exploration wells are converted into producers. Initial output is expected to average 50,000 b/d; peak production is forecast at 450,000 b/d.

The plan for early production was outlined last week when Russian Deputy Prime Minister Igor Sechin visited Caracas (OD Oct.10'11). It is not yet clear who will buy the oil or who will handle sales. There is no export pipeline from Junin-6, and operators of the Junin acreage — which is divided into 12 blocks — are all supposed to build facilities to upgrade the extra-heavy oil.

Venezuelan Oil Minister Rafael Ramirez said the plan for now is to use existing infrastructure and to build new facilities ready for when commercial production starts in 2013.

## Chinese Crude Imports Slow

Chinese import data out Thursday suggest demand in the world's biggest oil consumer after the US is slowing.

Figures from the General Administration of Customs show China imported 20.45 million tons, or 4.997 million barrels per day, of crude oil in September — more than 21% down on year-earlier levels. The drop is partly because the base for comparison was very high — crude oil imports in September 2010 touched a record high of 5.69 million b/d — but also suggests Chinese oil demand growth is slowing in line with economic growth.

The September total was, however, fractionally higher than in August, when China imported 4.976 million b/d of crude. That means imports have now increased for three months in a row since hitting a low for the year of 4.81 million b/d in June (OD Sep.13'11).

Imports over the first nine months of the year have averaged 5.054 million b/d, up 3.9% from the same period of 2010.

## Shell Advances Saudi Gas Project

Royal Dutch Shell and Saudi Aramco have begun working on early engineering designs for development of the Kidan sour gas field in the Rub al-Khali desert in southern Saudi Arabia, industry sources tell *Oil Daily*.

The South Rub al-Khali (Srak) joint venture, owned 50-50 by Shell and Aramco, has

tendered a small pre-front-end engineering and design (Feed) contract to study the viability of developing Kidan, according to industry sources based in the kingdom.

The contract is to look at options for gas processing and treatment facilities, site location and other early assessments to understand potential project logistics and costs. A Feed contract will follow, the sources say. The Anglo-Dutch supermajor is conducting its own early engineering work in parallel while it continues drilling wells in its appraisal program. The sources say Srak is looking at synergies with the 750,000 barrel per day Shaybah oil field, which sends crude oil and natural gas liquids — but no gas — to treatment plants linked to export facilities.

Aramco is targeting at least 500 million cubic feet per day of sales gas from Kidan, which implies a wellhead production of around 1 billion cubic feet per day (OD Dec.13'10).

One of the biggest challenges facing the partners will be finding a way to handle the high hydrogen sulfide ($H_2S$) content of the gas commercially and safely, the sources say.

## Vietnam Bids for Conoco Assets

Petrovietnam says it submitted an offer this week to buy all of US major ConocoPhillips' energy assets in Vietnam and boost its domestic output.

If its bid is successful, the firm will borrow from domestic and international banks to fund part of the purchase, Bloomberg quoted Deputy Chief Executive Nguyen Tien Dung as saying. He declined to divulge the value of the bid, but said "we will not buy them at any cost." The rest of the bid could be funded out of earnings, Chief Executive Do Van Hau reportedly said.

Petrovietnam had said in July it might exercise its priority right to buy Conoco's stakes in three oil and gas projects in the South China Sea. Chairman Phung Dinh Thuc said that would help safeguard Hanoi's territorial claims in the sea, where countries including China have staked claims (OD Jul.11'11).

Conoco has been looking to exit Vietnam as part of plans to sell $10 billion of assets globally this year and next, following sales worth $7 billion last year. Petrovietnam says the assets are worth up to $1.5 billion. Conoco declined to comment on the bid reports, citing company policy.

## India Eyes Energy Fund

Indian plans to set up a $10 billion-$20 billion sovereign wealth fund (SWF) to finance energy acquisitions overseas are running into a roadblock in the shape of the central bank, which does not want to have to part with foreign exchange reserves to help fund the body.

A ministerial panel discussed ways of creating a fund to help state firms that are being outpaced by their Chinese counterparts in the race to acquire oil and coal fields abroad. Chinese firms have announced about $46.6 billion of energy acquisitions overseas since January 2010, compared with just $8.3 billion by Indian companies. "Various things were discussed but no view has emerged," Oil Minister S. Jaipal Reddy said in New Delhi after the 75-minute meeting.

The oil ministry wants to use foreign exchange reserves to finance at least some of the SWF. But the Reserve Bank of India believes the country's $300 billion-plus foreign exchange reserves should be used for imports, including crude oil, and wants the SWF financed out of the government budget. China, with $2.4 trillion of foreign exchange reserves, has a $300 billion sovereign fund.

The head of India's planning body, Montek Singh Ahluwalia, said the matter will be considered again once the budget plan for the next five years has been reviewed.

## Gazprom Could Lose Monopoly

The days are numbered for Gazprom's monopoly on Russian gas exports, analysts say.

Speaking at Energy Intelligence's Oil & Money conference in London this week, Chris Weafer, chief strategist at Moscow-based investment bank Troika Dialog, said: "Russia is close to breaking Gazprom's monopoly on gas export. Stock market investors are speculating that it will come soon; they are speculating that Novatek [Russia's leading independent gas producer] will get an export license into Europe."

The conclusions are based on statements made last week by Prime Minister Vladimir Putin. "We do not exclude that in future we will liberalize exports as well, but in the meantime we are not doing it for clear reasons, in order not to derail the market," he was quoted as telling an investment conference in Moscow.

The export monopoly has given Gazprom, the world's biggest gas producer, massive clout in Europe, especially in the former East Bloc countries, which in many cases have been almost 100% dependent on Russian gas. But the monopoly runs counter to EU competition rules, creating problems for Gazprom's ambitions to expand in Europe.

### Legislation/Regulation

## BP to Take Part in US Gulf Sale

BP will be allowed to participate in an upcoming US offshore oil and gas lease sale despite its role in the largest offshore oil spill in US history, a top government regulator said on Thursday.

Michael Bromwich, head of the newly formed Bureau of Safety and Environmental Enforcement, said his agency determined that it would not be appropriate to ban BP from obtaining new leases to drill offshore.

"They don't have a deeply flawed record offshore," Bromwich told reporters after testifying at a House Natural Resources committee hearing. "The question is, 'Do you administer the administrative death penalty based on one incident?' and we've concluded that's not appropriate."

The department has scheduled a lease sale in December, offering more than 20 million acres for development in the western Gulf of Mexico (OD Aug.22'11).

It will be the first offshore lease sale since an explosion on the *Deepwater Horizon* rig last year killed 11 workers and ruptured BP's Macondo well, spewing more than 4 million barrels of oil into the Gulf of Mexico. (Reuters)

## US Halves Heating Oil Reserve

The US Department of Energy said on Thursday it will halve its home heating oil reserve to 1 million bbl of fuel as supplies near the New York harbor are adequate.

The heating oil reserve is being converted to hold ultra-low-sulfur diesel because several states in the Northeast will require the use of cleaner fuels in coming years.

The DOE awarded contracts to Hess to store 500,000 bbl of ultra-low-sulfur diesel at a terminal in Groton, Connecticut and awarded Global Companies a contract to store the same amount in Revere, Massachusetts.

It chose to stop leasing storage space for the reserve in New York harbor, which has several refineries and a major pipeline from the Gulf Coast that can quickly provide heating oil to the area.

The department said it plans to sign contracts later this month for purchasing the fuel that will be delivered to the reserve by the end of November. The reserve was authorized in 2000 to provide the region with backup heating oil in case of a disruption in winter fuel supplies. (Reuters)

**Litigation**

## Transocean Snubs Safety Agency

The US Justice Department has filed a complaint in US District Court in Houston saying that drilling contractor Transocean must respond to subpoenas issued by the US Chemical Safety Board in connection with the board's investigation of last year's BP oil spill disaster.

US Attorney Kenneth Magidson said Transocean has failed to respond to 38 of 39 demands contained in five subpoenas issued by the board between November 2010 and April of this year.

In a letter to the Justice Department in July, Transocean said it had not responded because only the US Coast Guard and the Department of the Interior have the authority to investigate offshore accidents and spills.

Other attorneys involved in the mountain of litigation stemming from the oil spill disaster have also questioned the Chemical Safety Board's authority to investigate the incident.

Transocean's attorneys have also argued that much of the information the chemical board wants is a matter of public record and can be obtained from the Coast Guard, other federal government agencies and from the US District Court in New Orleans.

The Chemical Safety Board is a federal agency charged with investigating the causes of industrial accidents and developing safety recommendations. Among other things, it investigated the 2005 explosion at BP's Texas City refinery that killed 15 workers.

In a June 2010 letter, the board's then chairman, John Bresland, said the agency had become involved in investigating the BP oil spill disaster after being asked to do so by US Reps. Henry Waxman (D-California) and Bart Stupak (D-Michigan). Stupak has since retired from Congress.

**Natural Gas**

## Conoco Ups Stake in Alaska Plant

ConocoPhillips has purchased Marathon Oil's 30% share in the nation's sole liquefied natural gas (LNG) export facility, a company spokeswoman said on Thursday.

The deal, which closed Sep. 26, gives Conoco full ownership of the LNG plant in Kenai, Alaska, said Conoco spokeswoman Natalie Lowman. The 42-year-old Kenai plant, which has been exporting mostly to Tokyo Gas and Tokyo Electric, is still scheduled for mothballing later this year, Lowman said.

"It's doing a final cargo in the next month," she said. "Then, at that point, we're doing what we said we were going to do."

The shutdown will preserve the plant, but it may not be a permanent closure, Lowman said. "We believe the plant does have options."

One potential plan is to convert the plant into an import facility to process LNG for local markets, Lowman said. "Or we could resume operations to export LNG some time next year."

Originally, ConocoPhillips and Marathon had planned to shut down the facility last spring. But energy supply problems resulting from the earthquake and tsunami in Japan in March extended the short-term need for LNG exports from the Kenai facility (OD Sep.22'11). (Reuters)

## Gas in Storage Rises by 112 Bcf

Stocks of working natural gas in US storage facilities rose by 112 Bcf in the week ended Oct. 7, taking storage levels to 3,521 Bcf, according to the Energy Information Administration. Gas in storage was 56 Bcf lower than at the same time last year.

| Working Gas in Storage | | | |
|---|---|---|---|
| *(in Bcf for week ended October 7)* | | | |
| **Region** | **Oct. 7** | **Sep. 30** | **2010** |
| E. Consuming | 1,935 | 1,881 | 1,957 |
| W. Consuming | 482 | 468 | 502 |
| Producing | 1,104 | 1,060 | 1,118 |
| **Total** | **3,521** | **3,409** | **3,577** |

Source: Energy Information Administration

## Correction - Haynesville Shale

The Haynesville Shale supplement published in the Oct. 12 edition of Oil Daily, incorrectly stated average initial production rates in billions of cubic feet (OD Oct.12'11). Average initial production rates for Haynesville Shale wells rose from less than 3 million cubic feet per day in 2007 to 10 MMcf/d in 2008 and 14 MMcf/d in 2010.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

162633422



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-780-005**

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

11  8  2011
Month  Day  Year

**APPLICATION RECEIVED**
11-8-2011

**EXAMINED BY** *ADIC*
**CORRESPONDENCE** ☐

**ONE DEPOSIT RECEIVED**
11-8-2011

**FEE RECEIVED**

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

*If no previous registration under identical title, check here ☐*

**TITLE OF THIS** ☐ **NEWSPAPER** ☑ **NEWSLETTER** — **AS IT APPEARS ON THE COPIES ▼**   **City/State▼**

OIL DAILY                                            New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| October      2011 | 21 | 1529-4366 | 61 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION (check all that apply)**

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**   Important: Give month, day, and year

(First) October   3   2011       (Last) October   31   2011
Month ▲   Day▲   Year▲            Month ▲   Day▲   Year▲

**CERTIFICATION\*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*

Typed or printed name of signer   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account
Energy Intelligence Group

---

**Certificate will be mailed in window envelope to this address**

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper

**EXHIBIT B**

U.S. Government Printing Office: 2000-461-113/20,021


**Energy Intelligence**

5 East 37th Street
5th Floor
New York, NY 10016

Telephone: (212) 532-1112
Fax: (212) 532-4479
www.energyintel.com

August 29, 2007

Order #2309429/MR1
Ms. Christy Sherman
Plains All American Pipeline LP
5900 Cherry Ave.
Long Beach CA  90805

To:  Ms. Christy Sherman,

It has certainly been a dynamic and challenging year for the energy sector. "**Oil Daily**" has invested significantly to keep you informed and updated with timely intelligence, news and insight.

We have appreciated your business and are sending you this notice to insure that your subscription continues without interruption. Your current subscription to "**Oil Daily**" expires **December 24, 2007**. Take a moment, complete the attached form and return it with your payment. To pay by credit card, fax the attached renewal form to 1-212-532-4479, call 1-212-532-1112 or email us at subscriptions@energyintel.com. We will process your renewal immediately!

Continue to rely on the best in energy news reporting and analysis. Renew today!

Sincerely,
Deborah A. Brown
Account Services Manager
dbrown@energyintel.com

---

*Please correct name, e-mail and address if necessary and return this portion with your payment.* **MR1**

| Publication: Oil Daily | | Frequency: Daily – Monday thru Friday | |
|---|---|---|---|
| Current Format:  Email | | Expiration Date:  December 24, 2007 | |
| **Web Standard** | **Web Full Service** | **Email** | |
| ☐    $1,760 | ☐    $2,080 | ☐    $1,900 | |

**Bill to:**
Order #2309429
Ms. Christy Sherman
Plains All American Pipeline LP
5900 Cherry Ave.
Long Beach CA  90805

**Ship to:**

Ms. Christy Sherman
Plains All American Pipeline LP
5900 Cherry Ave.
Long Beach CA  90805int

E-Mail Address (Required for Web and E-Mail Subscriptions): cesherman@paalp.com
Methods of Payment:
**Credit Card Information:**

_____   _____   _____
**MC/VISA/AMEX CARD NO.**         **EXPIRATION DATE**         **SIGNATURE**

**Checks:  (send to)**
Energy Intelligence Group Inc.
5 East 37th Street, 5th Floor
New York, NY 10016
Make payable to: Energy Intelligence Group, Inc.
Federal Tax ID: 521552262
Checks drawn on foreign banks are subject to processing fees.
**Please include above order number to ensure payment is applied to correct account.**

**Wire Transfers:**
JP Morgan Chase, New York, NY 10020
ABA Router: 021000021
Favor of Energy Intelligence Group, Inc
Account #: 134-663535
Swift Code: CHASUS33
**Please add $25 EFT Service Fee**

**By payment hereof, you hereby acknowledge receipt, review and acceptance of Energy Intelligence's Terms and Conditions shown on the reverse side of this notice.**

EXHIBIT C

23



**Energy Intelligence**

5 East 37th Street
5th Floor
New York, NY 10016

Telephone: (212) 532-1112
Fax: (212) 532-4479
www.energyintel.com

August 29, 2007

Order #2309429/MR1
Ms. Christy Sherman
Plains All American Pipeline LP
5900 Cherry Ave.
Long Beach CA   90805

To:  Ms. Christy Sherman,

It has certainly been a dynamic and challenging year for the energy sector. "**Oil Daily**" has invested significantly to keep you informed and updated with timely intelligence, news and insight.

We have appreciated your business and are sending you this notice to insure that your subscription continues without interruption. Your current subscription to "**Oil Daily**" expires **December 24, 2007**. Take a moment, complete the attached form and return it with your payment. To pay by credit card, fax the attached renewal form to 1-212-532-4479, call 1-212-532-1112 or email us at subscriptions@energyintel.com. We will process your renewal immediately!

Continue to rely on the best in energy news reporting and analysis. Renew today!

Sincerely,
Deborah A. Brown
Account Services Manager
dbrown@energyintel.com

---

*Please correct name, e-mail and address if necessary and return this portion with your payment.* **MR1**

| **Publication:** Oil Daily | | **Frequency:** Daily - Monday thru Friday | |
|---|---|---|---|
| **Current Format:** Email | | **Expiration Date:** December 24, 2007 | |
| **Web Standard** | **Web Full Service** | **Email** | |
| ☐   $1,760 | ☐   $2,080 | ☐   $1,900 | |

**Bill to:**
Order #2309429
Ms. Christy Sherman
Plains All American Pipeline LP
5900 Cherry Ave.
Long Beach CA  90805

**Ship to:**

Ms. Christy Sherman
Plains All American Pipeline LP
5900 Cherry Ave.
Long Beach CA  90805int

E-Mail Address (Required for Web and E-Mail Subscriptions): cesherman@paalp.com
Methods of Payment:
**Credit Card Information:**

---

| MC/VISA/AMEX CARD NO. | EXPIRATION DATE | SIGNATURE |
|---|---|---|

**Checks:  (send to)**
Energy Intelligence Group Inc.
5 East 37th Street, 5th Floor
New York, NY 10016
Make payable to: Energy Intelligence Group, Inc.
Federal Tax ID: 521552262
Checks drawn on foreign banks are subject to processing fees.
**Please include above order number to ensure payment is applied to correct account.**

**Wire Transfers:**
JP Morgan Chase, New York, NY 10020
ABA Route: 021000021
Favor of Energy Intelligence Group, Inc
Account #: 134-663535
Swift Code: CHASUS33
**Please add $25 EFT Service Fee**

**By payment hereof, you hereby acknowledge receipt, review and acceptance of Energy Intelligence's Terms and Conditions shown on the reverse side of this notice.**

**Deborah Brown**

| | |
|---|---|
| **From:** | Energy Intelligence-Renewal Notice |
| **Sent:** | Wednesday, September 17, 2008 7:05 PM |
| **To:** | 'cesherman@paalp.com' |
| **Subject:** | Renewal Notice #1 |

 **Energy Intelligence**

September 17, 2008

5 East 37th Street 5th Floor
New York, NY 10016-2807
E-Mail : : customerservice@energyintel.com
Phone: 212-532-3405   Fax: 212-532-4479

Order #2473151/**MR1**
Ms. Christy Sherman
Plains All American Pipeline LP
PO Box 4648 - LON-P2
Houston TX  77210-4648

To:  Ms. Christy Sherman,

It has certainly been a dynamic and challenging year for the energy sector. **"Oil Daily"** has invested significantly to keep you informed and updated with timely intelligence, news and insight.

We have appreciated your business and are sending you this notice to insure that your subscription continues without interruption. Your current subscription to **"Oil Daily"** expires **January 12, 2009"**. Take a moment, complete the attached form and return it with your payment. To pay by credit card, fax the attached renewal form to 1-212-532-4479, call 1-212-532-1112 or email us at subscriptions@energyintel.com. We will process your renewal immediately!

Continue to rely on the best in energy news reporting and analysis. Renew today!

Sincerely,
Deborah A. Brown
Account Services Manager
dbrown@energyintel.com

---

*Please return this portion with your payment.* **MR1**

| **Publication:** Oil Daily | | **Frequency:** Daily - Monday through Friday | |
|---|---|---|---|
| **Current Format:**  Email | | **Expiration Date:** January 12, 2009 | |
| **Web Full Archives** | **Web** | **Email** | |
| ☐   $2,180 | ☐   $1,850 | ☐   $1,990 | ☐ |

**Bill to:**
Order #2473151
Ms. Christy Sherman
Plains All American Pipeline LP
PO Box 4648 - LON-P2
Houston TX  77210-4648

**Ship to:**

Ms. Christy Sherman
Plains All American Pipeline LP
5900 Cherry Ave.
Long Beach CA  90805

E-Mail Address (Required for Web and E-Mail Subscriptions): cesherman@paalp.com

---

## *Please note new Account number below for Wire Transfer Payments!*

**Methods of Payment:**
**Credit Card Information:**

Credit Card # _____   MasterCard/VISA/American Express

Signature_____   Expiration Date: _____

**Checks: (send to:)**
Energy Intelligence Group Inc.
5 East 37th Street, 5th Floor

**Wire Transfers:**
JP Morgan Chase, New York, NY 10020
ABA Route: 021000021

New York, NY 10016
Make payable to: Energy Intelligence Group, Inc.
Federal Tax ID: 521552262
Checks drawn on foreign banks are subject to processing fees.

Favor of Energy Intelligence Group, Inc
**Account #: 789-825494 (NEW)**
Swift Code: CHASUS33
**Please add $25 EFT Service Fee**

**Please include above order number to ensure payment is applied to correct account.**

---

**Energy Intelligence Subscription Agreement**

By payment of the attached invoice, you agree to the following terms and conditions governing the subscription(s) to the publication(s) and/or service(s) that are described on the front of this invoice and furnished by Energy Intelligence Group, Inc. ("EIG").

**Copyright Policy**
All text, images, content and other materials contained in or displayed on any EIG publication, product, service, report, e-mail or web site are proprietary to EIG, except where otherwise noted, and constitute valuable intellectual property subject to the copyright laws of the United States, international conventions and other copyright laws. The subscription(s) for the publication(s) identified on the front of this Invoice is for the sole use and/or access by the individual(s) or the employee(s) of the entity identified under the "Shipped to" notation on front of this Invoice only ("Authorized User(s)") and may not be shared electronically or by any means now known throughout the universe or hereinafter devised. The number of Authorized Users listed on the front of this Invoice may not be exceeded and an Authorized User is only an individual and never an entire entity, organization or company. No text, image, content and/or material from any part of any EIG publication, product, service, report, e-mail or web site may be downloaded, transmitted, broadcast, transferred, assigned, reproduced, made available or in any other way used or otherwise disseminated in any form now known or hereinafter devised to any person or entity other than the total number of Authorized User(s) without the express written consent of EIG. Each unauthorized access, reproduction or use of or to any text, image, content or material from any EIG publication ("Unauthorized Reproduction") shall be deemed a willful infringement(s) of EIG's copyrights and other proprietary and intellectual property rights. As determined in EIG's sole discretion, the damages for each Unauthorized Reproduction will be the maximum amount allowed as statutory damages under the Copyright Act, or EIG's Pay-per-Article pricing for the total number of articles in each Unauthorized Reproduction. EIG expressly reserves all rights in connection with its intellectual property, including without limitation, the right to block the transfer of its publications, products and/or services and/or to track usage thereof, through electronic tracking technology, and all other lawful means, now known or hereafter devised. EIG reserves the right, without further notice, to pursue to the fullest extent allowed by the law any and all criminal and civil remedies for the violations of its rights. For permission to photocopy and/or use any of EIG's publications beyond the scope of this Agreement, please access the appropriate article at www.energyintel.com and follow the instructions for Pay-per-Article.

These Energy Intelligence Terms and Conditions contain the complete and exclusive agreement between you and EIG relating to the subscription(s) for the publication(s) and number of Authorized Users identified on the front of this invoice, and supersede any prior proposals, understandings, subscriptions and other agreements, oral or written. These Energy Intelligence Terms and Conditions may not be amended and/or modified without the express written consent of Energy Intelligence Group, Inc.

**Disclaimer and Limitation of Liability**
EIG SPECIFICALLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE PUBLICATIONS OR SERVICES OR ANY INFORMATION PROVIDED THROUGH OR IN CONNECTION WITH THE PUBLICATIONS OR SERVICES, INCLUDING WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND WARRANTIES AS TO THE ACCURACY, COMPLETENESS OR CONTENT OF ANY INFORMATION AVAILABLE ON OR THROUGH THE PUBLICATIONS AND/OR THE SERVICES.

In no event shall EIG, its affiliates, employees, agents or representatives be liable for any indirect, consequential, special, incidental or punitive damages (including, without limitation, errors or omissions in the Publications) in connection with this Agreement or in the use of the Services.

**Refund and Privacy Policy**
EIG does not provide cash refunds but will at its sole discretion issue credits for other publications if for any reason you are not satisfied with a publication or other service that you have purchased. Credits expire within one year of cancellation.

The information we collect from you when you purchase or renew an EIG product is principally used to fulfill your order. On occasion, we may use this information to alert you about new Energy Intelligence products and features that we believe may be of interest to you or your organization. On an occasional basis, we may also pass this information to select outside companies whose products or services we feel may be of interest to your business. We do not, at any time, provide our subscriber names for list rental.

If you have any questions about our privacy practices, or prefer not to receive promotional materials from us, please e-mail us at marketing@energyintel.com or contact the marketing department via mail or telephone.

**Customer Service**
For any delivery problems or e-mail, address, phone or fax changes, please e-mail customerservice@energyintel.com. Please be sure to include your customer number, full subscriber/company name and address in your e-mail. You may also phone: 1-212-532-1112, or fax: 1-212-532-4479.

**Deborah Brown**

| | |
|---|---|
| **From:** | Energy Intelligence-Renewal Notice |
| **Sent:** | Thursday, September 17, 2009 6:54 PM |
| **To:** | 'cesherman@paalp.com' |
| **Subject:** | Renewal Notice #1 |

 **Energy Intelligence**

September 17, 2009

5 East 37th Street 5th Floor
New York, NY 10016-2807
E-Mail: : customerservice@energyintel.com
Phone: 212-532-1112   Fax: 212-532-4479

Order #2555061/**MR1**
Ms. Christy Sherman
Measurement Specialist
Plains All American Pipeline LP
PO Box 4648 - LON-P2
Houston TX  77210-4648

To:  Ms. Christy Sherman,

The global energy industry has been facing great challenges and volatility. To meet the demands of this dynamic environment, **"Oil Daily"** has invested significantly to keep you informed and updated with timely intelligence, news, and insight.

We have appreciated your business and are sending you this notice to insure that your subscription continues without interruption. Your current subscription to **"Oil Daily"** expires **January 11, 2010**. Take a moment, complete the form below and return it with your payment. To pay by credit card, fax the renewal form below to 1-212-532-4479; call 1-212-532-1112; or email us at subscriptions@energyintel.com. We will process your renewal immediately.

Continue to rely on the industry's best in energy news reporting and analysis. Renew today!

Sincerely,
Deborah A. Brown
Account Services Manager
dbrown@energyintel.com

---

*Please return this portion with your payment.  MR1*

| **Publication:** Oil Daily | | | **Frequency:** Daily - Monday through Friday | |
|---|---|---|---|---|
| **Current Format:** Email | | | **Expiration Date:** January 11, 2010 | |
| **Web Full Archives** | **Web Standard** | **Email** | | |
| ☐   $2,300 | ☐   $1,960 | ☐   $2,110 | ☐ | |

**Bill to:**
Order #2555061
Ms. Christy Sherman
Measurement Specialist
Plains All American Pipeline LP
PO Box 4648 - LON-P2
Houston TX  77210-4648

**Ship to:**

Ms. Sonya Jones
Plains All American Pipeline LP
5900 Cherry Ave.
Long Beach CA  90805

E-Mail Address (Required for Web and E-Mail Subscriptions): cesherman@paalp.com

---

### *Please note new Account number below for Wire Transfer Payments as of August 2009!*

**Checks: (send to:)**
Energy Intelligence Group Inc.
5 East 37th Street, 5th Floor
New York, NY 10016
Make payable to: Energy Intelligence Group, Inc.
Federal Tax ID: 521552262
Checks drawn on foreign banks are subject to processing fees.

**Wire Transfers:**
Citibank, N.A., New York, NY 10016
ABA Route: 021000089
Favor of Energy Intelligence Group, Inc
Account #: 9951677130
Swift Code: CITIUS33
**Please add $25 EFT Service Fee**

**Please include above order number to ensure payment is applied to correct account.**

**By payment hereof, you hereby acknowledge receipt, review and acceptance of Energy Intelligence's Terms and Conditions shown below.**

---

**Energy Intelligence Subscription Agreement**

By payment of the attached invoice, you agree to the following terms and conditions governing the subscription(s) to the publication(s) and/or service(s) that are described on the front of this invoice and furnished by Energy Intelligence Group, Inc. ("EIG").

**Copyright Policy**

All text, images, content and other materials contained in or displayed on any EIG publication, product, service, report, e-mail or web site are proprietary to EIG, except where otherwise noted, and constitute valuable intellectual property subject to the copyright laws of the United States, international conventions and other copyright laws. The subscription(s) for the publication(s) identified on the front of this Invoice is for the sole use and/or access by the individual(s) or the employee(s) of the entity identified under the "Shipped to" notation on front of this Invoice only ("Authorized User(s)") and may not be shared electronically or by any means now known throughout the universe or hereinafter devised. The number of Authorized Users listed on the front of this Invoice may not be exceeded and an Authorized User is only an individual and never an entire entity, organization or company. No text, image, content and/or material from any part of any EIG publication, product, service, report, e-mail or web site may be downloaded, transmitted, broadcast, transferred, assigned, reproduced, made available or in any other way used or otherwise disseminated in any form now known or hereinafter devised to any person or entity other than the total number of Authorized User(s) without the express written consent of EIG. Each unauthorized access, reproduction or use of or to any text, image, content or material from any EIG publication ("Unauthorized Reproduction") shall be deemed a willful infringement(s) of EIG's copyrights and other proprietary and intellectual property rights. As determined in EIG's sole discretion, the damages for each Unauthorized Reproduction will be the maximum amount allowed as statutory damages under the Copyright Act, or EIG's Pay-per-Article pricing for the total number of articles in each Unauthorized Reproduction. EIG expressly reserves all rights in connection with its intellectual property, including without limitation, the right to block the transfer of its publications, products and/or services and/or to track usage thereof, through electronic tracking technology, and all other lawful means, now known or hereafter devised. EIG reserves the right, without further notice, to pursue to the fullest extent allowed by the law any and all criminal and civil remedies for the violations of its rights. For permission to photocopy and/or use any of EIG's publications beyond the scope of this Agreement, please access the appropriate article at www.energyintel.com and follow the instructions for Pay-per-Article.

These Energy Intelligence Terms and Conditions contain the complete and exclusive agreement between you and EIG relating to the subscription(s) for the publication(s) and number of Authorized Users identified on the front of this invoice, and supersede any prior proposals, understandings, subscriptions and other agreements, oral or written. These Energy Intelligence Terms and Conditions may not be amended and/or modified without the express written consent of Energy Intelligence Group, Inc.

**Disclaimer and Limitation of Liability**

EIG SPECIFICALLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE PUBLICATIONS OR SERVICES OR ANY INFORMATION PROVIDED THROUGH OR IN CONNECTION WITH THE PUBLICATIONS OR SERVICES, INCLUDING WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND WARRANTIES AS TO THE ACCURACY, COMPLETENESS OR CONTENT OF ANY INFORMATION AVAILABLE ON OR THROUGH THE PUBLICATIONS AND/OR THE SERVICES.

In no event shall EIG, its affiliates, employees, agents or representatives be liable for any indirect, consequential, special, incidental or punitive damages (including, without limitation, errors or omissions in the Publications) in connection with this Agreement or in the use of the Services.

**Refund and Privacy Policy**

EIG does not provide cash refunds but will at its sole discretion issue credits for other publications if for any reason you are not satisfied with a publication or other service that you have purchased. Credits expire within one year of cancellation.

The information we collect from you when you purchase or renew an EIG product is principally used to fulfill your order. On occasion, we may use this information to alert you about new Energy Intelligence products and features that we believe may be of interest to you or your organization. On an occasional basis, we may also pass this information to select outside companies whose products or services we feel may be of interest to your business. We do not, at any time, provide our subscriber names for list rental.

If you have any questions about our privacy practices, or prefer not to receive promotional materials from us, please e-mail us at marketing@energyintel.com or contact the marketing department via mail or telephone.

**Customer Service**

For any delivery problems or e-mail, address, phone or fax changes, please e-mail customerservice@energyintel.com. Please be sure to include your customer number, full subscriber/company name and address in your e-mail. You may also phone: 1-212-532-1112, or fax: 1-212-532-4479.

---

**Deborah Brown**

| | |
|---|---|
| **From:** | Energy Intelligence-Renewal Notice |
| **Sent:** | Friday, September 17, 2010 4:58 PM |
| **To:** | 'ALGudino@paalp.com' |
| **Subject:** | Renewal Notice #1 |

 **Energy Intelligence**

5 East 37th Street 5th Floor
New York, NY 10016-2807
E-Mail : : customerservice@energyintel.com
Phone: 212-532-1112   Fax: 212-532-4479

September 17, 2010

Order #2657287/**MR1**
Ms. Araceli Gudino
Admin. Asst.
Plains All American Pipeline LP
PO Box 4648 - LONP-2
Houston TX  77210-4648

To:  Ms. Araceli Gudino,

The global energy industry has been facing great challenges and volatility. To meet the demands of this dynamic environment, **"Oil Daily"** has invested significantly to keep you informed and updated with timely intelligence, news, and insight.

We have appreciated your business and are sending you this notice to insure that your subscription continues without interruption. Your current subscription to **"Oil Daily"** expires **January 10, 2011**. Take a moment, complete the form below and return it with your payment. To pay by credit card, fax the renewal form below to 1-212-532-4479; call 1-212-532-1112; or email us at subscriptions@energyintel.com. We will process your renewal immediately.

Continue to rely on the industry's best in energy news reporting and analysis. Renew today!

Sincerely,
Deborah A. Brown
Account Services Manager
dbrown@energyintel.com

---

*Please return this portion with your payment.*  **MR1**

| **Publication:** Oil Daily | | **Frequency:** Daily - Monday through Friday | |
|---|---|---|---|
| **Current Format:** Email | | **Expiration Date:** January 10, 2011 | |
| **Web Full Archives** | **Web Standard** | **Email** | |
| ☐   $2,420 | ☐   $2,070 | ☐   $2,230 | ☐ |

**Bill to:**
Order #2657287
Ms. Araceli Gudino
Admin. Asst.
Plains All American Pipeline LP
PO Box 4648 - LONP-2
Houston TX  77210-4648

**Ship to:**

Ms. Araceli Gudino
Admin. Asst.
Plains All American Pipeline LP
PO Box 4648 - LONP-2
Houston TX  77210-4648

E-Mail Address (Required for Web and E-Mail Subscriptions): ALGudino@paalp.com

---

### *Please note new Account number below for Wire Transfer Payments as of August 2009!*

**Methods of Payment:**
**Credit Card Information:**

Credit Card # _____   MasterCard/VISA/American Express

Signature_____   Expiration Date: _____

**Checks: (send to:)**
Energy Intelligence Group Inc.

**Wire Transfers:**
Citibank, N.A., New York, NY 10016

5 East 37th Street, 5th Floor
New York, NY 10016
Make payable to: Energy Intelligence Group, Inc.
Federal Tax ID: 521552262
Checks drawn on foreign banks are subject to processing fees.

ABA Route: 021000089
Favor of Energy Intelligence Group, Inc
**Account #: 9951677130**
Swift Code: CITIUS33
**Please add $25 EFT Service Fee**

**Please include above order number to ensure payment is applied to correct account.**

**By payment hereof, you hereby acknowledge receipt, review and acceptance of Energy Intelligence's Terms and Conditions shown on below!**

---

### Energy Intelligence Subscription Agreement

By payment of the attached invoice, you agree to the following terms and conditions governing the subscription(s) to the publication(s) and/or service(s) that are described on the front of this invoice and furnished by Energy Intelligence Group, Inc. ("EIG").

**Copyright Policy**

All text, images, content and other materials contained in or displayed on any EIG publication, product, service, report, e-mail or web site are proprietary to EIG, except where otherwise noted, and constitute valuable intellectual property subject to the copyright laws of the United States, international conventions and other copyright laws. The subscription(s) for the publication(s) identified on the front of this Invoice is for the sole use and/or access by the individual(s) or the employee(s) of the entity identified under the "Shipped to" notation on front of this Invoice only ("Authorized User(s)") and may not be shared electronically or by any means now known throughout the universe or hereinafter devised. The number of Authorized Users listed on the front of this Invoice may not be exceeded and an Authorized User is only an individual and never an entire entity, organization or company. No text, image, content and/or material from any part of any EIG publication, product, service, report, e-mail or web site may be downloaded, transmitted, broadcast, transferred, reproduced, made available or in any other way used or otherwise disseminated in any form now known or hereinafter devised to any person or entity other than the total number of Authorized User(s) without the express written consent of EIG. Each unauthorized access, reproduction or use of or to any text, image, content or material from any EIG publication ("Unauthorized Reproduction") shall be deemed a willful infringement(s) of EIG's copyrights and other proprietary and intellectual property rights. As determined in EIG's sole discretion, the damages for each Unauthorized Reproduction will be the maximum amount allowed as statutory damages under the Copyright Act, or EIG's Pay-per-Article pricing for the total number of articles in each Unauthorized Reproduction. EIG expressly reserves all rights in connection with its intellectual property, including without limitation, the right to block the transfer of its publications, products and/or services and/or to track usage thereof, through electronic tracking technology, and all other lawful means, now known or hereafter devised. EIG reserves the right, without further notice, to pursue to the fullest extent allowed by the law any and all criminal and civil remedies for the violations of its rights. For permission to photocopy and/or use any of EIG's publications beyond the scope of this Agreement, please access the appropriate article at www.energyintel.com and follow the instructions for Pay-per-Article.

These Energy Intelligence Terms and Conditions contain the complete and exclusive agreement between you and EIG relating to the subscription(s) for the publication(s) and number of Authorized Users identified on the front of this invoice, and supersede any prior proposals, understandings, subscriptions and other agreements, oral or written. These Energy Intelligence Terms and Conditions may not be amended and/or modified without the express written consent of Energy Intelligence Group, Inc.

**Disclaimer and Limitation of Liability**

EIG SPECIFICALLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE PUBLICATIONS OR SERVICES OR ANY INFORMATION PROVIDED THROUGH OR IN CONNECTION WITH THE PUBLICATIONS OR SERVICES, INCLUDING WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND WARRANTIES AS TO THE ACCURACY, COMPLETENESS OR CONTENT OF ANY INFORMATION AVAILABLE ON OR THROUGH THE PUBLICATIONS AND/OR THE SERVICES.

In no event shall EIG, its affiliates, employees, agents or representatives be liable for any indirect, consequential, special, incidental or punitive damages (including, without limitation, errors or omissions in the Publications) in connection with this Agreement or in the use of the Services.

**Refund and Privacy Policy**

EIG does not provide cash refunds but will at its sole discretion issue credits for other publications if for any reason you are not satisfied with a publication or other service that you have purchased. Credits expire within one year of cancellation.

The information we collect from you when you purchase or renew an EIG product is principally used to fulfill your order. On occasion, we may use this information to alert you about new Energy Intelligence products and features that we believe may be of interest to you or your organization. On an occasional basis, we may also pass this information to select outside companies whose products or services we feel may be of interest to your business. We do not, at any time, provide our subscriber names for list rental.

If you have any questions about our privacy practices, or prefer not to receive promotional materials from us, please e-mail us at marketing@energyintel.com or contact the marketing department via mail or telephone.

**Customer Service**

For any delivery problems or e-mail, address, phone or fax changes, please e-mail customerservice@energyintel.com. Please be sure to include your customer number, full subscriber/company name and address in your e-mail. You may also phone: 1-212-532-1112, or fax: 1-212-532-4479.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED | ) ) ) |
| *Plaintiff* | ) |
| v. | ) ) |
| PLAINS ALL AMERICAN PIPELINE, L.P. | ) ) ) |
| *Defendant* | ) |

Civil Action No. CV11-10556 PA (SSx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Plains All American Pipeline, L.P.
5900 Cherry Ave.
Long Beach, CA  90805

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Lori S. Kozak, Esq.
> Blakely Sokoloff Taylor & Zafman
> 12400 Wilshire Blvd.
> Seventh Floor
> Los Angeles, CA  90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEC 2 1 2011

Date: _____

*CLERK OF COURT*

**JULIE PRADO**

*Signature of Clerk or Deputy Clerk*

SEAL



**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
ENERGY INTELLIGENCE GROUP, INC and ENERGY INTELLIGENCE GROUP (UK) LIMITED

**DEFENDANTS**
PLAINS ALL AMERICAN PIPELINE, L.P.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Dennis G. Martin (CA SB# 54060)
Blakely Sokoloff Taylor & Zafman LLP
12400 Wilshire Blvd., Seventh Floor, Los Angeles, CA 90025
Tel: (310) 207-3800

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ To be determined.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Sec. 101, et. seq. - Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☑ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

CV11-10556

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and one_ of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | State of New York and United Kingdom |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date *Dec 21, 2011*

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |