# EXHIBIT 2

| | |
|---|---|
| **From:** | Lauren Faircloth (Mesereau & Yu, LLP) <lauren@mesereauyu.com> |
| **Sent:** | Wednesday, August 08, 2012 8:59 PM |
| **To:** | 'Robert L. Powley'; 'James M. Gibson'; 'Diane B. Melnick'; 'Stephen M. Ankrom' |
| **Cc:** | yu@mesereauyu.com |
| **Subject:** | EIG v. Plains (Meet and Confer & Depositions) |
| **Attachments:** | Ltr (8-8-12) SY to Ps Counsel re Meet & Confer.pdf; Depo Notice - Brown (08-08-12).pdf; Depo Notice - Dent (08-08-12).pdf; Depo Notice - Hitchcock (08-08-12).pdf; Depo Notice - King (08-08-12).pdf; Depo Notice - Ramirez (08-08-12).pdf; Depo Notice - Wallin (08-08-12).pdf |

Dear Counsel:

Please see attached meet and confer letter of today's date and 6 separate deposition notices.

Thank you.

Very truly yours,
Lauren Faircloth



**Lauren Faircloth**
Mesereau & Yu, LLP
10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025
Tel: (310) 789-1177 / Fax: (310) 861-1007 / **Website:** www.mesereauyu.com

THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND MAY CONTAIN IMPORTANT OR TIME-SENSITIVE INFORMATION. IT MAY ALSO INCLUDE CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED INFORMATION, AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY EMAIL. IF THE PERSON ACTUALLY RECEIVING THIS EMAIL OR ANY OTHER READER OF THE EMAIL IS NOT THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA EMAIL. THANK YOU.

EXHIBIT 2 (PAGE 1 OF 1)