# EXHIBIT 3

| | |
|---|---|
| **From:** | Susan Yu (Mesereau & Yu, LLP) <yu@mesereauyu.com> |
| **Sent:** | Thursday, August 09, 2012 4:47 PM |
| **To:** | 'Robert L. Powley'; 'James M. Gibson'; 'Diane B. Melnick'; 'Stephen M. Ankrom' |
| **Subject:** | RE: EIG v. Plains (Meet and Confer & Depositions) |

Dear counsel:

This follows the 8/8/12 meet and confer letter regarding Plaintiffs' responses to Defendant's First Request for Production of Documents, which we sent to you yesterday (8/8/12) by email.
This also follows the deposition notices of Mr. Thomas Wallin, Mr. George J. King, Mr. John C. Hitchcock, Ms. Deborah A. Brown, Mr. Jimmy Ramierz and Mr. Derrick Dent which we served on you by email.

1. Regarding the 8/8/12 meet and confer letter, we have not heard from you. Please let us know whether you are available to meet and confer with us by telephone on August 10, 13 or 14 after 1:00 p.m. PST.

2. Regarding the deposition notices of Mr. Thomas E. Wallin, Mr. George J. King, Mr. John C. Hitchcock, Ms. Deborah A. Brown, Mr. Jimmy Ramierz and Mr. Derrick Dent, we have requested that these witnesses each pick a date that is most convenient for them.
   We have provided the following dates: August, 20, 21, 22, 23 and September 4, 5, 6, 7, 10, 11, 12, 13 and 14, 2012. We have not, however, heard from your office. Please let us know which dates work for these witnesses as soon as possible.
   If we do not hear from you by tomorrow, we will have no choice but to pick dates for these witnesses.

We look forward to hearing from you regarding the above as soon as possible.
Thank you.

Susan Yu



**Susan C. Yu, Esq.**
Mesereau & Yu, LLP
10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025
Tel: (310) 789-1177 / Fax: (310) 861-1007 / **Website:** www.mesereauyu.com

THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND MAY CONTAIN IMPORTANT OR TIME-SENSITIVE INFORMATION. IT MAY ALSO INCLUDE CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED INFORMATION, AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY EMAIL. IF THE PERSON ACTUALLY RECEIVING THIS EMAIL OR ANY OTHER READER OF THE EMAIL IS NOT THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA EMAIL. THANK YOU.

**From:** Lauren Faircloth (Mesereau & Yu, LLP) [mailto:lauren@mesereauyu.com]
**Sent:** Wednesday, August 08, 2012 8:59 PM
**To:** 'Robert L. Powley'; 'James M. Gibson'; 'Diane B. Melnick'; 'Stephen M. Ankrom'
**Cc:** yu@mesereauyu.com
**Subject:** EIG v. Plains (Meet and Confer & Depositions)

Dear Counsel:

EXHIBIT 3 (PAGE 1 OF 2)

Please see attached meet and confer letter of today's date and 6 separate deposition notices.

Thank you.

Very truly yours,
Lauren Faircloth



**Lauren Faircloth**
Mesereau & Yu, LLP
10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025
Tel: (310) 789-1177 / Fax: (310) 861-1007 / **Website:** www.mesereauyu.com

THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND MAY CONTAIN IMPORTANT OR TIME-SENSITIVE INFORMATION. IT MAY ALSO INCLUDE CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED INFORMATION, AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY EMAIL. IF THE PERSON ACTUALLY RECEIVING THIS EMAIL OR ANY OTHER READER OF THE EMAIL IS NOT THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA EMAIL. THANK YOU.

EXHIBIT 3 (PAGE 2 OF 2)