# EXHIBIT 5

```
MESEREAU & YU, LLP
Thomas A. Mesereau, Jr. (SBN 91182)
E-mail: mesereau@mesereauyu.com
Susan C. Yu (SBN 195640)
E-mail: yu@mesereauyu.com
10390 Santa Monica Blvd., Suite 220
Los Angeles, CA, 90025
Telephone: (310) 789-1177
Facsimile: (310) 861-1007

Attorneys for Defendant and Counter-Claimant
PLAINS ALL AMERICAN PIPELINE, L.P.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED<br><br>        Plaintiffs,<br><br>        v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P.,<br><br>        Defendant.<br>_____<br>PLAINS ALL AMERICAN PIPELINE, L.P.,<br><br>        Counter-Claimant,<br><br>        v.<br><br>ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED.<br><br>        Counter-Defendants.<br>_____ | Case No.  CV 11-10556 PA (SSx)<br><br>**AMENDED DEPOSITION NOTICE OF DEBORAH A. BROWN**<br><br>**[F.R.C.P. 30]**<br><br>**Date:** September 6, 2012<br>**Time:** 9:30 a.m.<br>**Place:** Mesereau & Yu, LLP<br>       10390 Santa Monica Blvd.,<br>       Suite 220<br>       Los Angeles, CA 90025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant and Counter-Claimant Plains All American Pipeline, L.P. ("Defendant") will take the deposition upon oral examination of Ms. Deborah A. Brown ("Ms. Brown").

Plaintiffs Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited ("Plaintiffs") have disclosed Ms. Brown in their Rule 26 Initial Disclosures as "Account Services Manager" of Energy Intelligence Group, Inc. Furthermore, Plaintiffs have disclosed Ms. Brown as a witness who is "likely to have discoverable information that Plaintiffs may use to support their claims" and "likely to have information about Plaintiffs' operations, publications, subscriptions and/or distribution of Plaintiffs' publications, including but not limited to the publication entitled *Oil Daily* and the copyrights being asserted in this litigation."

Defendant will take the deposition of Ms. Brown at the law offices of Mesereau & Yu, LLP, 10390 Santa Monica Blvd., Suite 220, Los Angeles, California 90025, commencing at 9:30 a.m., on September 6, 2012.

The deposition will be taken before a qualified notary public or other officer authorized to administer oaths under the law. The deposition will be recorded by sound/audio, video/audiovisual and stenographic means.

MESEREAU & YU, LLP

Dated: August 10, 2012   By: _____
SUSAN C. YU
Attorneys for Defendant and Counter-Claimant
PLAINS ALL AMERICAN PIPELINE, L.P.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am employed at 10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025. On **August 10, 2012,** I served the following document:

**AMENDED DEPOSITION NOTICE OF DEBORAH A. BROWN [F.R.C.P. 30]**

on the parties involved addressed as follows:

    James M. Gibson, Esq.        Email: jmgibson@powleygibson.com
    Robert L. Powley, Esq.       Email: rlpowley@powleygibson.com
    Diane B. Melnick, Esq.       Email: dbmelnick@powleygibson.com
    Stephen M. Ankrom, Esq.      Email: smankrom@powleygibson.com
    Powley & Gibson, P.C.
    304 Hudson Street, 2nd Floor, New York, NY 10013

___ BY MAIL: I placed each envelope, containing the foregoing document, with postage fully prepaid, in the United States mail at Los Angeles, CA. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the US Postal Service in Los Angeles on that same day.

_X_ BY OVERNIGHT DELIVERY: I placed each envelope, containing the foregoing document, with Federal Express prepaid postage, in the Federal Express mail box located in this office building at 10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025, for next business day delivery. I am readily familiar with the business practice for collection and processing of Federal Express mail in this office location; that in the ordinary course of business said document would be deposited with the Federal Express mail box in this building and is collected on that same day before 5:00 p.m.

_X_ BY EMAIL: I served a copy of the within document on the above-interested parties, by way of email, at the email addresses listed above.

___ BY PERSONAL SERVICE: I personally served the within document on the above interested parties.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 10, 2012,** at Los Angeles, California.

*Lauren Faircloth*
Lauren Faircloth

-3-
AMENDED DEPOSITION NOTICE OF DEBORAH A. BROWN [F.R.C.P. 30]

```
 1  MESEREAU & YU, LLP
    Thomas A. Mesereau, Jr. (SBN 91182)
 2  E-mail: mesereau@mesereauyu.com
    Susan C. Yu (SBN 195640)
 3  E-mail: yu@mesereauyu.com
    10390 Santa Monica Blvd., Suite 220
 4  Los Angeles, CA, 90025
    Telephone: (310) 789-1177
 5  Facsimile: (310) 861-1007

 6  Attorneys for Defendant and Counter-Claimant
    PLAINS ALL AMERICAN PIPELINE, L.P.
 7
                    UNITED STATES DISTRICT COURT
 8
                   CENTRAL DISTRICT OF CALIFORNIA
 9

10  ENERGY INTELLIGENCE GROUP, INC.  ) Case No.  CV 11-10556 PA (SSx)
    and ENERGY INTELLIGENCE GROUP    )
11  (UK) LIMITED                     ) AMENDED DEPOSITION NOTICE OF
                                     ) DERRICK DENT
12            Plaintiffs,            )
                                     ) [F.R.C.P. 30]
13       v.                          )
                                     )
14  PLAINS ALL AMERICAN PIPELINE,    ) Date:  September 4, 2012
    L.P.,                            ) Time:  9:30 a.m.
15                                   ) Place: Mesereau & Yu, LLP
              Defendant.             )        10390 Santa Monica Blvd.,
16  _____)        Suite 220
                                     )        Los Angeles, CA 90025
17  PLAINS ALL AMERICAN PIPELINE,    )
    L.P.,                            )
18                                   )
              Counter-Claimant,      )
19                                   )
         v.                          )
20                                   )
    ENERGY INTELLIGENCE GROUP, INC.  )
21  and ENERGY INTELLIGENCE GROUP    )
    (UK) LIMITED.                    )
22                                   )
              Counter-Defendants.    )
23  _____)

24       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25       PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal

26  Rules of Civil Procedure, Defendant and Counter-Claimant Plains All

27  American Pipeline, L.P. ("Defendant") will take the deposition upon

28  oral examination of Mr. Derrick Dent ("Mr. Dent").
```

Plaintiffs Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited ("Plaintiffs") have disclosed Mr. Dent in their Rule 26 Initial Disclosures as "Sales Manager" of Energy Intelligence Group, Inc.  Furthermore, Plaintiffs have disclosed Mr. Dent as a witness who is "likely to have discoverable information that Plaintiffs may use to support their claims" and "likely to have information about Plaintiffs' operations, publications, subscriptions and/or distribution of Plaintiffs' publications, including but not limited to the publication entitled *Oil Daily* and the copyrights being asserted in this litigation."

Defendant will take the deposition of Mr. Dent at the law offices of Mesereau & Yu, LLP, 10390 Santa Monica Blvd., Suite 220, Los Angeles, California 90025, commencing at 9:30 a.m., on September 4, 2012.

The deposition will be taken before a qualified notary public or other officer authorized to administer oaths under the law.  The deposition will be recorded by sound/audio, video/audiovisual and stenographic means.

MESEREAU & YU, LLP

Dated: August 10, 2012    By: _____
SUSAN C. YU
Attorneys for Defendant and
Counter-Claimant
PLAINS ALL AMERICAN PIPELINE, L.P.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am employed at 10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025. On **August 10, 2012,** I served the following document:

**AMENDED DEPOSITION NOTICE OF DERRICK DENT [F.R.C.P. 30]**

on the parties involved addressed as follows:

James M. Gibson, Esq.      Email: jmgibson@powleygibson.com
Robert L. Powley, Esq.     Email: rlpowley@powleygibson.com
Diane B. Melnick, Esq.     Email: dbmelnick@powleygibson.com
Stephen M. Ankrom, Esq.    Email: smankrom@powleygibson.com
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor, New York, NY 10013

___ BY MAIL: I placed each envelope, containing the foregoing document, with postage fully prepaid, in the United States mail at Los Angeles, CA. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the US Postal Service in Los Angeles on that same day.

_X_ BY OVERNIGHT DELIVERY: I placed each envelope, containing the foregoing document, with Federal Express prepaid postage, in the Federal Express mail box located in this office building at 10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025, for next business day delivery. I am readily familiar with the business practice for collection and processing of Federal Express mail in this office location; that in the ordinary course of business said document would be deposited with the Federal Express mail box in this building and is collected on that same day before 5:00 p.m.

_X_ BY EMAIL: I served a copy of the within document on the above-interested parties, by way of email, at the email addresses listed above.

___ BY PERSONAL SERVICE: I personally served the within document on the above interested parties.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 10, 2012,** at Los Angeles, California.

Lauren Faircloth

-3-
AMENDED DEPOSITION NOTICE OF DERRICK DENT [F.R.C.P. 30]

```
 1  MESEREAU & YU, LLP
    Thomas A. Mesereau, Jr. (SBN 91182)
 2  E-mail: mesereau@mesereauyu.com
    Susan C. Yu (SBN 195640)
 3  E-mail: yu@mesereauyu.com
    10390 Santa Monica Blvd., Suite 220
 4  Los Angeles, CA, 90025
    Telephone: (310) 789-1177
 5  Facsimile: (310) 861-1007
 6  Attorneys for Defendant and Counter-Claimant
    PLAINS ALL AMERICAN PIPELINE, L.P.
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED<br><br>Plaintiffs,<br><br>v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P.,<br><br>Defendant.<br>_____<br>PLAINS ALL AMERICAN PIPELINE, L.P.,<br><br>Counter-Claimant,<br><br>v.<br><br>ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED.<br><br>Counter-Defendants. | Case No. CV 11-10556 PA (SSx)<br><br>**AMENDED DEPOSITION NOTICE OF JOHN C. HITCHCOCK**<br><br>**[F.R.C.P. 30]**<br><br>**Date:** August 22, 2012<br>**Time:** 9:30 a.m.<br>**Place:** Mesereau & Yu, LLP<br>10390 Santa Monica Blvd.,<br>Suite 220<br>Los Angeles, CA 90025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant and Counter-Claimant Plains All American Pipeline, L.P. ("Defendant") will take the deposition upon oral examination of Mr. John C. Hitchcock ("Mr. Hitchcock").

1  Plaintiffs Energy Intelligence Group, Inc. and Energy
2  Intelligence Group (UK) Limited ("Plaintiffs") have disclosed Mr.
3  Hitchcock in their Rule 26 Initial Disclosures as "Managing Director
4  of Sales, America / Acting Managing Director of Global Marketing &
5  Conferences" of Energy Intelligence Group, Inc.  Furthermore,
6  Plaintiffs have disclosed Mr. Hitchcock as a witness who is "likely
7  to have discoverable information that Plaintiffs may use to support
8  their claims" and "likely to have information about Plaintiffs'
9  operations, publications, subscriptions and/or distribution of
10 Plaintiffs' publications, including but not limited to the
11 publication entitled *Oil Daily* and the copyrights being asserted in
12 this litigation."
13     Defendant will take the deposition of Mr. Hitchcock at the law
14 offices of Mesereau & Yu, LLP, 10390 Santa Monica Blvd., Suite 220,
15 Los Angeles, California 90025, commencing at 9:30 a.m., on August
16 22, 2012.
17     The deposition will be taken before a qualified notary public
18 or other officer authorized to administer oaths under the law.  The
19 deposition will be recorded by sound/audio, video/audiovisual and
20 stenographic means.

MESEREAU & YU, LLP

Dated: August 10, 2012     By: _____
                               SUSAN C. YU
                               Attorneys for Defendant and
                               Counter-Claimant
                               PLAINS ALL AMERICAN PIPELINE, L.P.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am employed at 10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025. On **August 10, 2012,** I served the following document:

**AMENDED DEPOSITION NOTICE OF JOHN C. HITCHCOCK [F.R.C.P. 30]**

on the parties involved addressed as follows:

| | |
|---|---|
| James M. Gibson, Esq. | Email: jmgibson@powleygibson.com |
| Robert L. Powley, Esq. | Email: rlpowley@powleygibson.com |
| Diane B. Melnick, Esq. | Email: dbmelnick@powleygibson.com |
| Stephen M. Ankrom, Esq. | Email: smankrom@powleygibson.com |

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor, New York, NY 10013

___ BY MAIL: I placed each envelope, containing the foregoing document, with postage fully prepaid, in the United States mail at Los Angeles, CA. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the US Postal Service in Los Angeles on that same day.

_X_ BY OVERNIGHT DELIVERY: I placed each envelope, containing the foregoing document, with Federal Express prepaid postage, in the Federal Express mail box located in this office building at 10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025, for next business day delivery. I am readily familiar with the business practice for collection and processing of Federal Express mail in this office location; that in the ordinary course of business said document would be deposited with the Federal Express mail box in this building and is collected on that same day before 5:00 p.m.

_X_ BY EMAIL: I served a copy of the within document on the above-interested parties, by way of email, at the email addresses listed above.

___ BY PERSONAL SERVICE: I personally served the within document on the above interested parties.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 10, 2012,** at Los Angeles, California.

_/s/ Lauren Faircloth_
Lauren Faircloth

-3-

AMENDED DEPOSITION NOTICE OF JOHN C. HITCHCOCK [F.R.C.P. 30]

```
 1  MESEREAU & YU, LLP
    Thomas A. Mesereau, Jr. (SBN 91182)
 2  E-mail: mesereau@mesereauyu.com
    Susan C. Yu (SBN 195640)
 3  E-mail: yu@mesereauyu.com
    10390 Santa Monica Blvd., Suite 220
 4  Los Angeles, CA, 90025
    Telephone: (310) 789-1177
 5  Facsimile: (310) 861-1007

 6  Attorneys for Defendant and Counter-Claimant
    PLAINS ALL AMERICAN PIPELINE, L.P.
 7
                        UNITED STATES DISTRICT COURT
 8
                       CENTRAL DISTRICT OF CALIFORNIA
 9

10  ENERGY INTELLIGENCE GROUP, INC.   ) Case No.  CV 11-10556 PA (SSx)
    and ENERGY INTELLIGENCE GROUP     )
11  (UK) LIMITED                      )
                                      ) AMENDED DEPOSITION NOTICE OF
12           Plaintiffs,              ) GEORGE J. KING
                                      )
13         v.                         ) [F.R.C.P. 30]
                                      )
14  PLAINS ALL AMERICAN PIPELINE,     )
    L.P.,                             ) Date:  August 21, 2012
15                                    ) Time:  9:30 a.m.
             Defendant.                ) Place: Mesereau & Yu, LLP
16  _____    )        10390 Santa Monica Blvd.,
                                      )        Suite 220
17  PLAINS ALL AMERICAN PIPELINE,     )        Los Angeles, CA 90025
    L.P.,                             )
18                                    )
             Counter-Claimant,        )
19                                    )
           v.                         )
20                                    )
    ENERGY INTELLIGENCE GROUP, INC.   )
21  and ENERGY INTELLIGENCE GROUP     )
    (UK) LIMITED.                     )
22                                    )
             Counter-Defendants.      )
23  _____    )

24       **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

25       **PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal

26  Rules of Civil Procedure, Defendant and Counter-Claimant Plains All

27  American Pipeline, L.P. ("Defendant") will take the deposition upon

28  oral examination of Mr. George J. King ("Mr. King").
```

-1-

AMENDED DEPOSITION NOTICE OF GEORGE J. KING [F.R.C.P. 30]

1  Plaintiffs Energy Intelligence Group, Inc. and Energy
2  Intelligence Group (UK) Limited ("Plaintiffs") have disclosed Mr.
3  King in their Rule 26 Initial Disclosures as "Chief Financial
4  Officer" of Energy Intelligence Group, Inc.  Furthermore, Plaintiffs
5  have disclosed Mr. King as a witness who is "likely to have
6  discoverable information that Plaintiffs may use to support their
7  claims" and "likely to have information about Plaintiffs'
8  operations, publications, subscriptions and/or distribution of
9  Plaintiffs' publications, including but not limited to the
10 publication entitled *Oil Daily* and the copyrights being asserted in
11 this litigation."
12     Defendant will take the deposition of Mr. King at the law
13 offices of Mesereau & Yu, LLP, 10390 Santa Monica Blvd., Suite 220,
14 Los Angeles, California 90025, commencing at 9:30 a.m., on August
15 21, 2012.
16     The deposition will be taken before a qualified notary public
17 or other officer authorized to administer oaths under the law.  The
18 deposition will be recorded by sound/audio, video/audiovisual and
19 stenographic means.

MESEREAU & YU, LLP

Dated: August 10, 2012    By: _____
                              SUSAN C. YU
                              Attorneys for Defendant and
                              Counter-Claimant
                              PLAINS ALL AMERICAN PIPELINE, L.P.

-2-
AMENDED DEPOSITION NOTICE OF GEORGE J. KING [F.R.C.P. 30]

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am employed at 10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025. On **August 10, 2012,** I served the following document:

**AMENDED DEPOSITION NOTICE OF GEORGE J. KING [F.R.C.P. 30]**

on the parties involved addressed as follows:

| | |
|---|---|
| James M. Gibson, Esq. | Email: jmgibson@powleygibson.com |
| Robert L. Powley, Esq. | Email: rlpowley@powleygibson.com |
| Diane B. Melnick, Esq. | Email: dbmelnick@powleygibson.com |
| Stephen M. Ankrom, Esq. | Email: smankrom@powleygibson.com |

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor, New York, NY 10013

___ BY MAIL: I placed each envelope, containing the foregoing document, with postage fully prepaid, in the United States mail at Los Angeles, CA. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the US Postal Service in Los Angeles on that same day.

_X_ BY OVERNIGHT DELIVERY: I placed each envelope, containing the foregoing document, with Federal Express prepaid postage, in the Federal Express mail box located in this office building at 10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025, for next business day delivery. I am readily familiar with the business practice for collection and processing of Federal Express mail in this office location; that in the ordinary course of business said document would be deposited with the Federal Express mail box in this building and is collected on that same day before 5:00 p.m.

_X_ BY EMAIL: I served a copy of the within document on the above-interested parties, by way of email, at the email addresses listed above.

___ BY PERSONAL SERVICE: I personally served the within document on the above interested parties.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 10, 2012,** at Los Angeles, California.

*/s/ Lauren Faircloth*
Lauren Faircloth

-3-

AMENDED DEPOSITION NOTICE OF GEORGE J. KING [F.R.C.P. 30]

```
 1 │ MESEREAU & YU, LLP
   │ Thomas A. Mesereau, Jr. (SBN 91182)
 2 │ E-mail: mesereau@mesereauyu.com
   │ Susan C. Yu (SBN 195640)
 3 │ E-mail: yu@mesereauyu.com
   │ 10390 Santa Monica Blvd., Suite 220
 4 │ Los Angeles, CA, 90025
   │ Telephone: (310) 789-1177
 5 │ Facsimile: (310) 861-1007
 6 │ Attorneys for Defendant and Counter-Claimant
   │ PLAINS ALL AMERICAN PIPELINE, L.P.
 7 │
   │                UNITED STATES DISTRICT COURT
 8 │
   │                CENTRAL DISTRICT OF CALIFORNIA
 9 │
10 │ ENERGY INTELLIGENCE GROUP, INC.    ) Case No.  CV 11-10556 PA (SSx)
   │ and ENERGY INTELLIGENCE GROUP      )
11 │ (UK) LIMITED                       ) AMENDED DEPOSITION NOTICE OF
   │                                    ) JIMMY RAMIREZ
12 │          Plaintiffs,               )
   │                                    ) [F.R.C.P. 30]
13 │     v.                             )
   │                                    )
14 │ PLAINS ALL AMERICAN PIPELINE,      ) Date:  September 5, 2012
   │ L.P.,                              ) Time:  9:30 a.m.
15 │                                    ) Place: Mesereau & Yu, LLP
   │          Defendant.                )        10390 Santa Monica Blvd.,
16 │ _____)        Suite 220
   │                                    )        Los Angeles, CA 90025
17 │ PLAINS ALL AMERICAN PIPELINE,      )
   │ L.P.,                              )
18 │                                    )
   │          Counter-Claimant,         )
19 │                                    )
   │     v.                             )
20 │                                    )
   │ ENERGY INTELLIGENCE GROUP, INC.    )
21 │ and ENERGY INTELLIGENCE GROUP      )
   │ (UK) LIMITED.                      )
22 │                                    )
   │          Counter-Defendants.       )
23 │ _____)
24 │     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
25 │     PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal
26 │ Rules of Civil Procedure, Defendant and Counter-Claimant Plains All
27 │ American Pipeline, L.P. ("Defendant") will take the deposition upon
28 │ oral examination of Mr. Jimmy Ramirez ("Mr. Ramirez").
```

1   Plaintiffs Energy Intelligence Group, Inc. and Energy
2   Intelligence Group (UK) Limited ("Plaintiffs") have disclosed Mr.
3   Ramirez in their Rule 26 Initial Disclosures as "Account Development
4   Executive, The Americas" of Energy Intelligence Group, Inc.
5   Furthermore, Plaintiffs have disclosed Mr. Ramirez as a witness who
6   is "likely to have discoverable information that Plaintiffs may use
7   to support their claims" and "likely to have information about
8   Plaintiffs' operations, publications, subscriptions and/or
9   distribution of Plaintiffs' publications, including but not limited
10  to the publication entitled *Oil Daily* and the copyrights being
11  asserted in this litigation."

12   Defendant will take the deposition of Mr. Ramirez at the law
13  offices of Mesereau & Yu, LLP, 10390 Santa Monica Blvd., Suite 220,
14  Los Angeles, California 90025, commencing at 9:30 a.m., on September
15  5, 2012.

16   The deposition will be taken before a qualified notary public
17  or other officer authorized to administer oaths under the law.  The
18  deposition will be recorded by sound/audio, video/audiovisual and
19  stenographic means.

                                    MESEREAU & YU, LLP

23  Dated: August 10, 2012    By:  _____
                                    SUSAN C. YU
24                                  Attorneys for Defendant and
                                    Counter-Claimant
25                                  PLAINS ALL AMERICAN PIPELINE, L.P.

-2-
AMENDED DEPOSITION NOTICE OF JIMMY RAMIREZ [F.R.C.P. 30]

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am employed at 10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025. On **August 10, 2012**, I served the following document:

**AMENDED DEPOSITION NOTICE OF JIMMY RAMIREZ [F.R.C.P. 30]**

on the parties involved addressed as follows:

| | |
|---|---|
| James M. Gibson, Esq. | Email: jmgibson@powleygibson.com |
| Robert L. Powley, Esq. | Email: rlpowley@powleygibson.com |
| Diane B. Melnick, Esq. | Email: dbmelnick@powleygibson.com |
| Stephen M. Ankrom, Esq. | Email: smankrom@powleygibson.com |

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor, New York, NY 10013

___ BY MAIL: I placed each envelope, containing the foregoing document, with postage fully prepaid, in the United States mail at Los Angeles, CA. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the US Postal Service in Los Angeles on that same day.

_X_ BY OVERNIGHT DELIVERY: I placed each envelope, containing the foregoing document, with Federal Express prepaid postage, in the Federal Express mail box located in this office building at 10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025, for next business day delivery. I am readily familiar with the business practice for collection and processing of Federal Express mail in this office location; that in the ordinary course of business said document would be deposited with the Federal Express mail box in this building and is collected on that same day before 5:00 p.m.

_X_ BY EMAIL: I served a copy of the within document on the above-interested parties, by way of email, at the email addresses listed above.

___ BY PERSONAL SERVICE: I personally served the within document on the above interested parties.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 10, 2012**, at Los Angeles, California.

_____
Lauren Faircloth

-3-

AMENDED DEPOSITION NOTICE OF JIMMY RAMIREZ [F.R.C.P. 30]

```
MESEREAU & YU, LLP
Thomas A. Mesereau, Jr. (SBN 91182)
E-mail: mesereau@mesereauyu.com
Susan C. Yu (SBN 195640)
E-mail: yu@mesereauyu.com
10390 Santa Monica Blvd., Suite 220
Los Angeles, CA, 90025
Telephone: (310) 789-1177
Facsimile: (310) 861-1007

Attorneys for Defendant and Counter-Claimant
PLAINS ALL AMERICAN PIPELINE, L.P.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED<br><br>    Plaintiffs,<br><br>    v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P.,<br><br>    Defendant.<br>_____<br>PLAINS ALL AMERICAN PIPELINE, L.P.,<br><br>    Counter-Claimant,<br><br>    v.<br><br>ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED.<br><br>    Counter-Defendants.<br>_____ | Case No.  CV 11-10556 PA (SSx)<br><br>**AMENDED DEPOSITION NOTICE OF THOMAS E. WALLIN**<br><br>**[F.R.C.P. 30]**<br><br>**Date:** August 23, 2012<br>**Time:** 9:30 a.m.<br>**Place:** Mesereau & Yu, LLP<br>10390 Santa Monica Blvd., Suite 220<br>Los Angeles, CA 90025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant and Counter-Claimant Plains All American Pipeline, L.P. ("Defendant") will take the deposition upon oral examination of Mr. Thomas E. Wallin ("Mr. Wallin").

1     Plaintiffs Energy Intelligence Group, Inc. and Energy
2 Intelligence Group (UK) Limited ("Plaintiffs") have disclosed Mr.
3 Wallin in their Rule 26 Initial Disclosures as "Executive Vice
4 President and Editor-in-Chief" of Energy Intelligence Group, Inc.
5 and Energy Intelligence Group (UK) Limited.  Furthermore, Plaintiffs
6 have disclosed Mr. Wallin as a witness who is "likely to have
7 discoverable information that Plaintiffs may use to support their
8 claims" and "likely to have information about Plaintiffs'
9 operations, publications, subscriptions and/or distribution of
10 Plaintiffs' publications, including but not limited to the
11 publication entitled *Oil Daily* and the copyrights being asserted in
12 this litigation."

13     Defendant will take the deposition of Mr. Wallin at the law
14 offices of Mesereau & Yu, LLP, 10390 Santa Monica Blvd., Suite 220,
15 Los Angeles, California 90025, commencing at 9:30 a.m., on August
16 23, 2012.

17     The deposition will be taken before a qualified notary public
18 or other officer authorized to administer oaths under the law.  The
19 deposition will be recorded by sound/audio, video/audiovisual and
20 stenographic means.

                                        MESEREAU & YU, LLP

Dated: August 10, 2012   By: _____
                                    SUSAN C. YU
                                    Attorneys for Defendant and
                                    Counter-Claimant
                                    PLAINS ALL AMERICAN PIPELINE, L.P.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am employed at 10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025. On **August 10, 2012**, I served the following document:

**AMENDED DEPOSITION NOTICE OF THOMAS E. WALLIN [F.R.C.P. 30]**

on the parties involved addressed as follows:

| | |
|---|---|
| James M. Gibson, Esq. | Email: jmgibson@powleygibson.com |
| Robert L. Powley, Esq. | Email: rlpowley@powleygibson.com |
| Diane B. Melnick, Esq. | Email: dbmelnick@powleygibson.com |
| Stephen M. Ankrom, Esq. | Email: smankrom@powleygibson.com |

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor, New York, NY 10013

___ BY MAIL: I placed each envelope, containing the foregoing document, with postage fully prepaid, in the United States mail at Los Angeles, CA. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the US Postal Service in Los Angeles on that same day.

_X_ BY OVERNIGHT DELIVERY: I placed each envelope, containing the foregoing document, with Federal Express prepaid postage, in the Federal Express mail box located in this office building at 10390 Santa Monica Blvd., Suite 220, Los Angeles, CA 90025, for next business day delivery. I am readily familiar with the business practice for collection and processing of Federal Express mail in this office location; that in the ordinary course of business said document would be deposited with the Federal Express mail box in this building and is collected on that same day before 5:00 p.m.

_X_ BY EMAIL: I served a copy of the within document on the above-interested parties, by way of email, at the email addresses listed above.

___ BY PERSONAL SERVICE: I personally served the within document on the above interested parties.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 10, 2012**, at Los Angeles, California.

*/s/ Lauren Faircloth*
Lauren Faircloth

-3-

AMENDED DEPOSITION NOTICE OF THOMAS E. WALLIN [F.R.C.P. 30]