UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10556-PA (SSx) | | Date | August 30, 2012 |
|---|---|---|---|---|
| Title | Energy Intelligence Group Inc et al v. Plains All American Pipeline LP | | | |

| Present: The Honorable | **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| Jake Yerke | XTR 8/30/12 | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James Gibson<br>Stephen Ankrom | Susan Yu |

**Proceedings:**   **ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO COMPEL DEPOSITIONS (dkt. 86)**

    Court and counsel present, hearing on Ex Parte Application held. Court hears oral argument from Parties. For the reasons stated during the hearing, Court GRANTS the Ex Parte Application. Moving party is ordered to submit a proposed order.

:
_____20_____

Initials of Preparer    jy