UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10556 PA (SSx) | | Date | September 27, 2012 |
|---|---|---|---|---|
| Title | Energy Intelligence Group, Inc., et al. v. Plains All American Pipeline, L.P. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS

    Before the Court is a Motion to Extend Discovery Cut-Off Date filed by plaintiffs Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited ("Plaintiffs') (Docket No. 91). Pursuant to Federal Rule of Civil Procedure 78 and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for October 1, 2012, is vacated, and the matter taken off calendar.

    The Court concludes that Plaintiffs have not established good cause to continue the pretrial and trial dates. See Fed. R. Civ. P. 16(b)(4). The Court therefore denies Plaintiff's Motion.

    IT IS SO ORDERED.