Robert L. Powley
(admitted *pro hac vice*)
James M. Gibson
(admitted *pro hac vice*)
Stephen M. Ankrom
(admitted *pro hac vice*)
Powley & Gibson, P.C.
304 Hudson Street, Second Floor
New York, NY 10013
*Attorneys for Plaintiffs Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P.,<br><br>Defendant. | Case No. CV 11-10556 PA (SSx)<br><br>**EX PARTE APPLICATION TO CONTINUE FINAL PRETRIAL CONFERENCE** |

PLEASE TAKE NOTICE upon the prior pleadings and proceedings had herein, the PLAINTIFFS move this Court located for an Order continuing the date of the Final Pretrial Conference currently on calendar for November 2, 2012.

Plaintiffs' counsel offices are located in New York City, and the attorneys for Plaintiffs live in New York City and the surrounding areas. Due to Hurricane Sandy's impact on New York City, Plaintiffs' counsel will not be able to travel to

1 | Los Angeles, California for the Final Pretrial Conference currently scheduled for
2 | 1:30 pm on November 2, 2012.
3 |     Plaintiffs attempted to contact Defense counsel multiple times via phone and
4 | email on October 31, 2012 that it wished to continue the Final Pretrial Conference
5 | due to the impact Hurricane Sandy had on New York City. Defendant's counsel
6 | informed Plaintiffs by email on October 31, 2012 that it opposes continuing the
7 | Final Pretrial Conference.
8 |     Good cause exists to grant this continuance, as briefly set forth below.
9 |
10 |     As a result of Hurricane Sandy, a State of Emergency has been declared for
11 | New York City by the Mayor of New York City and the Governor of New York
12 | State, and President Obama has declared New York City a disaster area. The
13 | immense storm surge caused by the hurricane resulted in continuing and
14 | widespread power outages and a complete shutdown of public transit in New York
15 | City.
16 |     The office of Plaintiffs' counsel has been closed and without power since
17 | Monday, October 29, 2012. Plaintiffs' counsel's servers and shared drives, which
18 | are located at counsel's offices, are also without power. Accordingly, Plaintiffs'
19 | counsel has been without access to their offices, phones, fax lines, shared files, and
20 | email accounts since Monday, October 29, 2012.
21 |     It is unclear at this point when power will be restored to New York and the
22 | surrounding area, but preliminary estimates from the relevant electric utilities
23 | suggest it could take several days or longer.
24 |     Additionally, the storm has resulted in many flight delays and cancellations
25 | in local airports. It is unclear at this time whether the flight scheduled by
26 | Plaintiffs' counsel will be delayed or cancelled.
27 |
28 |

1

1      Further, lead counsel for this case has not yet had power restored to his home and is currently struggling with storm damage and flooding on his property. It would be a hardship for him to leave his family during this emergency.

     Since Plaintiffs counsel lack access to their offices, email accounts, telephone system, and files, Plaintiffs will be unable to prepare local counsel to be knowledgeable about the matters to be discussed at the conference.

     Thus, due to the emergency created by Hurricane Sandy and the huge impact it has had on Plaintiffs' counsel operations, Plaintiffs hereby move the Court to continue the Final Pretrial Conference.

     There is a pending motion to consolidate set for hearing on November 19, 2012 and a Rule 26(f) Scheduling Conference for related case numbered 2:12-cv-05867 on calendar for November 19, 2012 as well. Given that the parties lead counsel will be present at the November 19, 2012 hearing, Plaintiffs submit that the Final Pretrial Conference be continued to November 19, 2012 or any time the Court so decides.

Date: October 31, 2012     By:     \_\_/s/ Stephen M. Ankrom_____
                                   Robert L. Powley
                                   James Gibson
                                   Stephen M. Ankrom
                                   Powley & Gibson, P.C.
                                   304 Hudson Street, 2nd Floor
                                   New York, NY 10013
                                   Attorneys for Plaintiffs Energy Intelligence Group, Inc., and Energy Intelligence Group (UK) Limited

## CERTIFICATE OF SERVICE

I hereby certify that on July 11th, 2012, I electronically filed the foregoing Ex Parte Application to Continue the Final Pretrial Conference and Proposed Order to Continue the Final Pretrial Conference with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Stephen M. Ankrom
Stephen M. Ankrom