MESEREAU & YU, LLP
Thomas A. Mesereau, Jr. (SBN 91182)
Email: mesereau@mesereauyu.com
Susan C. Yu (SBN 195640)
Email: yu@mesereauyu.com
10390 Santa Monica Blvd., Suite 220
Los Angeles, CA, 90025
Telephone: (310) 789-1177
Facsimile: (310) 861-1007

Attorneys for Defendant
and Counter-Claimant
PLAINS ALL AMERICAN PIPELINE, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P.<br><br>　　　　Defendant.<br>_____<br>PLAINS ALL AMERICAN PIPELINE, L.P.,<br><br>　　　　Counter-Claimant,<br><br>　　　　v.<br><br>ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED.<br><br>　　　　Counter-Defendants.<br>_____ | Case No.  CV 11-10556 PA (SSx)<br><br>HON. PERCY ANDERSON<br><br>**OPPOSITION TO *EX PARTE* APPLICATION TO CONTINUE PRETRIAL CONFERENCE**<br><br>TRIAL DATE: 12/4/12<br>PRETRIAL CONF:  11/2/12 |

　　　Defendant and Counter-Claimant PLAINS ALL AMERICAN PIPELINE, L.P. ("Defendant") hereby respectfully opposes Plaintiffs' *Ex Parte* request to continue the 11/2/12 pretrial conference to 11/19/12

-1-
*OPPOSITION TO EX PARTE APPLICATION TO CONTINUE PRETRIAL CONFERENCE*

because there is no good cause.

*First*, hurricane Sandy came and went. All flights from JFK Airport New York to LAX in Los Angeles have not been cancelled. They are all on schedule. Defendant's counsel advised Plaintiffs' counsel accordingly on 10/31/12 by email. (Attached as Exhibit A is a true and correct copy of email exchange between Defendant's counsel and Plaintiffs' counsel, in which JFK Airport's on-schedule flight information for 11/1/12 is included.)

*Second*, Plaintiffs have eight (8) counsel of record in this case. Five lawyers are with Powley & Gibson in New York (i.e., James M Gibson, Robert L Powley, Stephen M. Ankrom, Diane Melnick, and Yevgeny Strupinsky). Three lawyers are with Blakely Sokoloff Taylor & Zafman in Los Angeles (i.e., Dennis Martin, Willmore F Holbrow , III, and Peter B Bromaghim.) Plaintiffs' counsel in New York represented to Defendant's counsel a week or so ago that one of the local counsel will be trying this case with them on December 4, 2012. (See Exhibit A.)

Under these circumstances, there is no good cause to postpone the 11/2/12 pretrial conference. Doing so will severely prejudice Defendant, since Defendant has spent substantial time and money preparing for this pretrial hearing.

For all of the foregoing reasons, Defendant respectfully requests that the Court deny Plaintiffs' *Ex Parte*.

Respectfully Submitted,

MESEREAU & YU, LLP

Dated: October 31, 2012   By:   /s/ Susan C. Yu
SUSAN C. YU
Attorneys for Defendant
PLAINS ALL AMERICAN PIPELINE, L.P.

-2-

*OPPOSITION TO EX PARTE APPLICATION TO CONTINUE PRETRIAL CONFERENCE*