**ORIGINAL**

LODGED

2012 NOV -5 AM 10:51

CENTRAL

BY

FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**DENIED**

1  Robert L. Powley (admitted *pro hac vice*)
   E-mail: rlpowley@powleygibson.com
2  James M. Gibson (admitted *pro hac vice*)
3  E-mail: jmgibson@powleygibson.com
   Stephen M. Ankrom (admitted *pro hac vice*)
4  E-mail: smankrom@powleygibson.com
5  POWLEY & GIBSON P.C.
6  304 Hudson St., 2nd Floor
   New York, NY 10013
7  Tel: (212) 226-5054
8  Fax: (212) 226-5085
9  *Attorneys for Plaintiffs and Counter-Defendants Energy Intelligence Group, Inc.*
   *and Energy Intelligence Group (UK) Limited*
10
11
12

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

13
14  ENERGY INTELLIGENCE GROUP,      )
    INC.; and ENERGY INTELLIGENCE   )  CV11-10556 PA (SSx)
15  GROUP (UK) LIMITED,             )
                                     )
16                                   )  [PROPOSED] ORDER
                                     )  SEALING [CONFIDENTIAL]
17      Plaintiffs and Counter-Defendants  )  NOTICE OF MOTION AND
18          v.                       )  JOINT STIPULATION
                                     )  REGARDING PLAINTIFFS'
19  PLAINS ALL AMERICAN PIPELINE,   )  MOTION IN LIMINE TO
    L.P.                            )  EXCLUDE EVIDENCE OF
20                                   )  OTHER LAWSUITS FILED BY
21                                   )  PLAINTIFFS, PLAINTIFFS'
22      Defendant and Counter-Claimant.  )  EXHIBITS A, B, AND C, AND
                                     )  DEFENDANT'S EXHIBIT 3 IN
23                                   )  SUPPORT THEREOF
24  _____  )

25
26      The Court having read and considered Plaintiffs and Counter-Defendants
27  Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited's
28  Application for Order Sealing Notice of Motion and Joint Stipulation Regarding

1

1    Plaintiffs' Motion in Limine to Exclude Evidence of Other Lawsuits Filed by

2    Plaintiffs, Plaintiffs' Exhibits A, B, and C, and Defendant's Exhibit 3 in support

3    thereof,

4         IT IS HEREBY ORDERED that the Clerk is directed to file the following

5    under seal:

6         1.  Notice of Motion and Joint Stipulation Regarding Plaintiffs' Motion in

7              Limine to Exclude Evidence of Other Lawsuits Filed by Plaintiffs;

8         2.  Plaintiffs' Exhibits A, B, and C in support thereof; and

9         3.  Defendant's Exhibit 3 in support thereof.

10

11

12   Dated:  11/7/12

13                                        Judge Percy Anderson
                                          United States District Court Judge

14

**DENIED**
BY ORDER OF

UNITED STATES DISTRICT JUDGE

2