Robert L. Powley (admitted *pro hac vice*)
E-mail: rlpowley@powleygibson.com
James M. Gibson (admitted *pro hac vice*)
E-mail: jmgibson@powleygibson.com
Stephen M. Ankrom (admitted *pro hac vice*)
E-mail: smankrom@powleygibson.com
Yevgeny Strupinsky (admitted *pro hac vice*)
E-mail: estrupinsky@powleygibson.com
POWLEY & GIBSON P.C.
304 Hudson St., 2nd Floor
New York, NY 10013
Tel: (212) 226-5054
Fax: (212) 226-5085
*Attorneys for Plaintiffs and Counter-Defendants Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED, <br><br> Plaintiffs <br><br> v. <br><br> PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS MARKETING, L.P. <br><br> Defendants. <br><br> And Related Counter-Claims | CV11-10556 PA (SSx) <br><br> **STATUS UPDATE REGARDING MEDIATION** <br><br><br><br><br><br> Discovery Cut Off: 12/28/2012 <br> Pretrial Conference: 12/21/2012 <br> Trial Date: 1/15/2013 |

Plaintiffs Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited (collectively, "EIG" or "Plaintiffs"), hereby advise the Court that the EIG business representatives who can participate in mediation and who are fully authorized to settle this action are Mark Wellman, Manager, Intellectual Property, and John Hitchcock, Managing Director.

Plaintiffs will endeavor in good faith to reach a settlement agreement. In the event that the Parties are not able to do so, however, Plaintiffs respectfully submit that a Motion to Strike certain of Defendants' Affirmative Defenses as well as a Motion for Summary Judgment will potentially streamline issues for trial and shorten the time necessary to try this action. For these reasons, Plaintiffs respectfully ask the Court to consider granting leave to file dispositive motions prior to trial.

Dated: November 26, 2012

Respectfully submitted,

For the Plaintiffs:

/s/ Stephen M. Ankrom
Robert L. Powley (admitted *pro hac vice*)
James M. Gibson (admitted *pro hac vice*)
Stephen M. Ankrom (admitted *pro hac vice*)
Yevgeny Strupinsky (admitted *pro hac vice*)
POWLEY & GIBSON, P.C.

*Counsel for Plaintiffs Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited*

Dennis G. Martin, Esq.
Willmore F. Holbrow, III, Esq.
Peter B. Bromaghim, Esq.
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

*Local Counsel for Plaintiffs*

-1-

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 26, 2012 I electronically filed the foregoing Status Update Regarding Mediation with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                 /s/ Stephen M. Ankrom
                                                 Stephen M. Ankrom