```
 1  Susan C. Yu (SBN 195640)
    Email:  yu@mesereauyu.com
 2  Thomas A. Mesereau, Jr. (SBN 91182)
    Email:  mesereau@mesereauyu.com
 3  MESEREAU & YU, LLP
    10390 Santa Monica Blvd., Suite 220
 4  Los Angeles, CA, 90025
    Telephone: (310) 789-1177
 5  Facsimile: (310) 861-1007

 6  Attorneys for Defendants and Counter-Claimants
    PLAINS ALL AMERICAN PIPELINE, L.P. AND
 7  PLAINS MARKETING, L.P.

 8                   UNITED STATES DISTRICT COURT

 9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  ENERGY INTELLIGENCE GROUP, INC.  ) Case No.  CV 11-10556 PA (SSx)
    and ENERGY INTELLIGENCE GROUP    )
12  (UK) LIMITED                     )
                                     ) [Consolidated with CV 12-05867 on
13            Plaintiffs,            ) 11/21/12]
                                     )
14          v.                       )
                                     ) DECLARATION OF AMY FENG IN
15  PLAINS ALL AMERICAN PIPELINE,    ) SUPPORT OF DEFENDANTS' OPPOSITION
    L.P.; and PLAINS MARKETING, L.P. ) TO PLAINTIFFS' EX PARTE
16                                   ) APPLICATION TO COMPEL DISCOVERY
              Defendants.            )
17  _____)
                                     )
18  PLAINS ALL AMERICAN PIPELINE,    ) MIL HEARING: 12/17/12
    L.P.; and PLAINS MARKETING, L.P.,) FINAL TRIAL CONF.: 12/21/12
19                                   ) DISCOVERY CUTOFF: 12/28/12
              Counter-Claimant,      ) TRIAL: 1/15/13
20                                   )
            v.                       )
21                                   )
    ENERGY INTELLIGENCE GROUP, INC.; )
22  and ENERGY INTELLIGENCE GROUP    )
    (UK) LIMITED                     )
23                                   )
              Counter-Defendants.    )
24  _____)

25

26

27

28
```

DECLARATION OF AMY FENG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION TO COMPEL DISCOVERY

**DECLARATION OF AMY FENG**

I, Amy Feng, declare as follows:

1.  I am a legal assistant with the law firm of Mesereau & Yu, LLP, and am one of the primary attorneys responsible for representing Plains All American Pipeline, L.P. and Plains Marketing, L.P. ("Defendants") in this action. I submit this declaration in support of Defendants' Opposition ("Opposition") to Plaintiffs' Ex Parte Application to Compel Discovery. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, I could and would competently testify thereto under oath.

2.  Attached hereto as Exhibit A is a true and correct copy of the transcript I prepared of the telephone message Plaintiffs' attorney Stephen Ankrom left on the voicemail of Defendants' counsel Susan C. Yu on November 28, 2012 at 12:58 p.m. PST. A copy of the CD containing Mr. Ankrom's recording will be hand-delivered to Court by messenger.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 30, 2012.

/s/ Amy Feng\_\_\_\_\_
Amy Feng

-1-
DECLARATION OF AMY FENG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION TO COMPEL DISCOVERY