# EXHIBIT A

<u>Transcript of Stephen Ankrom's</u>

<u>Voicemail Message to Susan Yu</u>

<u>On November 28, 2012 at 12:58 p.m.  PST</u>

"Hi Susan, this is Steve Ankrom.  Uh give me a call when you get a chance, we need to finalize uh mediation uh issues uh mediator.  Uh I also want to talk to you about the deposition of Dominic Ferrari um as well as our uh motion to compel uh discuss that a little bit.  Um, and we need to set up a time to meet and confer on jury instructions and any other pretrial filings that uh we need to go over together um so um please give me a call back when you can.  It's (212) 226-5054 bye."

-1-

