Robert L. Powley (admitted *pro hac vice*)
E-mail: rlpowley@powleygibson.com
James M. Gibson (admitted *pro hac vice*)
E-mail: jmgibson@powleygibson.com
Stephen M. Ankrom (admitted *pro hac vice*)
E-mail: smankrom@powleygibson.com
Yevgeny Strupinsky (admitted *pro hac vice*)
E-mail: estrupinsky@powleygibson.com
POWLEY & GIBSON P.C.
304 Hudson St., 2nd Floor
New York, NY 10013
Tel: (212) 226-5054
Fax: (212) 226-5085
*Attorneys for Plaintiffs and Counter-Defendants Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC.; and ENERGY INTELLIGENCE GROUP (UK) LIMITED, <br><br> Plaintiffs, <br> v. <br><br> PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS MARKETING, L.P. <br><br> Defendants. <br><br> And Related Counter-Claims | CV11-10556 PA (SSx) <br><br> **PLAINTIFFS' COUNSELS' RESPONSE TO COURT ORDER CONCERNING COUNSEL'S REVIEW OF CENTRAL DISTRICT OF CALIFORNIA'S** *CIVILITY AND PROFESSIONALISM GUIDELINES* <br><br> Judge: Hon. Percy Anderson <br><br> Discovery Cut Off: 12/28/2012 <br> Pretrial Conference: 12/21/2012 <br> Trial Date: 1/15/2013 |

In an Order dated December 17, 2012, this Court ordered all attorneys participating in this litigation to file a declaration under penalty of perjury that they have reviewed the Central District of California's policy on civility and professionalism.

The attached Declarations of the attorneys from Powley & Gibson (identified as Exhibits 1 through 5) are filed in compliance with the above-referenced Order of the Court.

Dated:  December 20, 2012              Respectfully submitted,


/s/ Stephen M. Ankrom
Stephen M. Ankrom  (admitted *pro hac vice*)
POWLEY & GIBSON, P.C.