```
Susan C. Yu (SBN 195640)
Email: yu@mesereauyu.com
Thomas A. Mesereau, Jr. (SBN 91182)
Email: mesereau@mesereauyu.com
MESEREAU & YU, LLP
10390 Santa Monica Blvd., Suite 220
Los Angeles, CA, 90025
Telephone: (310) 789-1177
Facsimile: (310) 861-1007

Attorneys for Defendants and Counter-Claimants
PLAINS ALL AMERICAN PIPELINE, L.P. AND
PLAINS MARKETING, L.P.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED<br><br>            Plaintiffs,<br><br>       v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P.; and PLAINS MARKETING, L.P.<br><br>            Defendants.<br>_____<br>PLAINS ALL AMERICAN PIPELINE, L.P.; and PLAINS MARKETING, L.P.,<br><br>            Counter-Claimant,<br><br>       v.<br><br>ENERGY INTELLIGENCE GROUP, INC.; and ENERGY INTELLIGENCE GROUP (UK) LIMITED<br><br>            Counter-Defendants. | Case No.  CV 11-10556 PA (SSx)<br><br>[Consolidated with CV 12-05867 on 11/19/12]<br><br>DECLARATION OF SUSAN C. YU RE COMPLIANCE WITH COURT'S DECEMBER 21, 2012 ORDER<br><br>DISCOVERY CUTOFF: 12/28/12<br>FURTHER PRETRIAL CONF.: 1/3/13<br>TRIAL: 1/15/13 |

-1-

DECLARATION OF SUSAN C. YU

**DECLRATION OF SUSAN C. YU**

I, Susan C. Yu, declare as follows:

1. I am an attorney at law, duly licensed to practice before all of the Courts of the State of California. I am a partner with the law firm of Mesereau & Yu, LLP, and am one of the primary attorneys responsible for representing defendants and counter-claimants Plains All American Pipeline, L.P. and Plains Marketing, L.P. ("Defendants") in this action. I submit this declaration in compliance with the Court's December 21, 2012 order imposing sanctions in the amount of $500 for each side. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, I could and would competently testify thereto under oath.

2. Specifically, on December 21, 2012, the Court ordered each side to make a $500 donation for toys or books to a public elementary school located within a 5 mile radius of this Central District federal courthouse by no later than Friday, December 28, 2012.

3. On December 24, 2012, I purchased a $500 gift card from Toys R Us. Attached as Exhibit "A" is a true and correct copy of the receipt for the gift card.

4. On December 27, 2012, I sent a letter to Mr. William Otto, the principal of the Ann Street Elementary School, which is a public elementary school located approximately one mile from this Central District federal courthouse. Enclosed with this letter was the $500 Toys R Us gift card I purchased on December 24, 2012. Attached hereto as Exhibit "B" is a true and correct copy of my December 27, 2012 letter, the $500 Toys R Us gift card, and the Federal Express

1 | receipt showing delivery of the letter and gift card to the Ann
2 | Street Elementary School on December 28, 2012.
3 |     I declare under penalty of perjury under the laws of the United
4 | States of America that the foregoing is true and correct and that
5 | this declaration was executed on December 28, 2012.

                                              /s/ Susan C. Yu
                                                  Susan C. Yu

-3-

DECLARATION OF SUSAN C. YU