# EXHIBIT B



# MESEREAU & YU, LLP
## ATTORNEYS AT LAW
*A limited liability partnership including professional corporations.

10390 SANTA MONICA BLVD.
SUITE 220
LOS ANGELES, CA 90025
Tel: (310) 789-1177
Fax: (310) 861-1007
Website: www.mesereauyu.com

December 27, 2012

**VIA FEDERAL EXPRESS**

William Otto, Principal
Ann Street Elementary School
126 Bloom St.
Los Angeles, CA 90012

　　　　Re:　Donation

Dear Mr. Otto:

　　Enclosed please find a gift card for Toys R Us in the amount of $500.00 that our firm is donating to your school.

　　I hope that you are able to make good use of these funds for the benefit of your students.

　　Happy Holidays.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　MESEREAU & YU, LLP

　　　　　　　　　　　　　　　　Susan C. Yu

w/ Encl.



# FedEx Express — US Airbill

**FedEx Tracking Number:** 8010 3895 8860

**1 From**
Date: 12/27/12
Sender's Name: Amy Feng
Phone: (310) 789-1177
Company: MESEREAU & YU LLP
Address: 10390 STA MON BLVD STE 220
City: LOS ANGELES   State: CA   ZIP: 90025-6940

**2 Your Internal Billing Reference**
OPTIONAL

**3 To**
Recipient's Name: William Otto
Company: Ann Street Elementary School
Address: 126 Bloom St.
City: Los Angeles   State: CA   ZIP: 90012

FedEx Acct. No.: 045608I222

**4 Express Package Service**
[X] FedEx Priority Overnight

**5 Packaging**
[X] FedEx Envelope

**6 Special Handling and Delivery Signature Options**
[X] Direct Signature

Does this shipment contain dangerous goods?
[X] No

**7 Payment** Bill to:
[X] Sender

Total Packages: 1
Total Weight: 0.1 lbs
Total Declared Value: $0.00