Robert L. Powley (admitted *pro hac vice*)
E-mail: rlpowley@powleygibson.com
James M. Gibson (admitted *pro hac vice*)
E-mail: jmgibson@powleygibson.com
Stephen M. Ankrom (admitted *pro hac vice*)
E-mail: smankrom@powleygibson.com
Yevgeny Strupinsky (admitted *pro hac vice*)
E-mail: estrupinsky@powleygibson.com
POWLEY & GIBSON P.C.
304 Hudson St., 2nd Floor
New York, NY 10013
Tel: (212) 226-5054
Fax: (212) 226-5085
*Attorneys for Plaintiffs and Counter-Defendants Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC.; and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>Plaintiffs,<br>v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS MARKETING, L.P.<br><br>Defendants.<br><br>And Related Counter-Claims | CV11-10556 PA (SSx)<br><br>**DECLARATION OF ROBERT L. POWLEY CONCERNING COUNSEL'S COMPLIANCE WITH COURT'S ORDER**<br><br>Judge: Hon. Percy Anderson<br><br>Discovery Cut Off: 12/28/2012<br>Pretrial Conference: 1/3/2013<br>Trial Date: 1/15/2013 |

I, Robert L. Powley, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member in good standing of the bar of the State of New York and am duly admitted *pro hac vice* to practice before this Court in the above-captioned case. I am a partner at the law firm of Powley & Gibson, P.C., attorneys of record for Plaintiffs and Counter-Defendants Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited (collectively, "EIG" or "Plaintiffs") in the above-captioned case.

2. I make this Declaration in response to Judge Anderson's Order at the December 21, 2012 Pretrial Conference.

3. During that Pretrial Conference, Judge Anderson ordered counsel for both Plaintiffs and Defendants to pay either $750 to the Clerk of the Court or donate $500 for books or toys to a public school within a five-mile radius of the Court.

4. I have identified the Second Street Elementary School, located at 1942 E. Second St., Los Angeles, CA 90033, as a school located within five miles of the Court.

5. According to the Los Angeles Unified School District Policy No. BUL-1378, a copy of which is attached as Exhibit A, the school principal and the library media teacher at the school site will be responsible for ensuring that the cash donation is used for the intended purpose and that appropriate and needed books are purchased for the school's library.

6. A check in the amount of $750 was sent to the Second Street Elementary School on December 28, 2012 with a cover letter to its Principal to indicate that the donation is for the purchase of books, which allows the school to purchase needed books at pricing available to non-profits.

7. The school was closed for the winter break and will open on January 7, 2013. As such, we have arranged for the donation to be delivered to the Principal of Second Street Elementary School on January 7, 2013.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 28, 2012 | Respectfully submitted, |
| 3 | | |
| 4 | | *[signature]* |
| 5 | | Robert L. Powley (admitted *pro hac vice*) |
| | | POWLEY & GIBSON, P.C. |
| 6 | | |
| 7 | | *Counsel for Plaintiffs & Counter-Defendants* |
| 8 | | *Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited* |